AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT 

| EASTERN | District of | VIRGINIA |

Richmond Division

PAMELA G. CAPPETTA

V.

GC SERVICES LIMITED PARTNERSHIP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **3:08CV288**

TO: (Name and address of Defendant)

GC SERVICES LIMITED PARTNERSHIP
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**FERNANDO GALINDO**              **May 12, 2008**
CLERK                              DATE

(By) DEPUTY CLERK