IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288-JRS |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT**

COMES NOW Defendant GC Services Limited Partnership, by counsel, and pursuant to Rules 12(b)(6) and 12(e), respectively, of the Federal Rules of Civil Procedure requests that this Court dismiss Plaintiff's Complaint against it or, in the alternative, require Plaintiff to file a More Definite Statement, for the reasons and on the grounds stated in the Memorandum in Support of this Motion, filed herewith.

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
rroyals@butlerwilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2008, I electronically filed the foregoing Motion to Dismiss Complaint or, in the alternative, for a More Definite Statement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett, Esquire
>Consumer Litigation Associates PC
>12515 Warwick Blvd, Suite 100
>Newport News, VA 23606
>*Counsel for Plaintiff*

/s/_____
James C. Skilling (VSB No. 27998)
Attorney for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com