IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288-JRS |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for G.C. Services Limited Partnership in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: G.C. Financial Corporation and DLS Enterprises, Inc.

        Respectfully submitted,

        G.C. SERVICES LIMITED PARTNERSHIP

        By: /s/_____
            James C. Skilling (VSB No. 27998)
            Rebecca H. Royals (VSB No. 71420)
            Attorneys for GC Services Limited Partnership
            BUTLER, WILLIAMS & SKILLING, P.C.
            100 Shockoe Slip, 4th Floor
            Richmond, Virginia 23219
            Telephone: (804) 648-4848
            Facsimile: (804) 648-6814
            E-mail: jskilling@ butlerwilliams.com
                     rroyals@butlerwilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2008, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett, Esquire
>Consumer Litigation Associates PC
>12515 Warwick Blvd, Suite 100
>Newport News, VA 23606
>*Counsel for Plaintiffs*

>/s/_____
>James C. Skilling (VSB No. 27998)
>Attorney for GC Services Limited Partnership
>BUTLER, WILLIAMS & SKILLING, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia 23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>E-mail: jskilling@ butlerwilliams.com