AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___VIRGINIA___
Richmond Division

PAMELA G. CAPPETTA

V.

GC SERVICES LIMITED PARTNERSHIP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **3:08CV288**

FILED 2008 MAY 29 A 10: 29 US DISTRICT COURT RICHMOND, VIRGINIA

TO: (Name and address of Defendant)

GC SERVICES LIMITED PARTNERSHIP
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FERNANDO GALINDO                    May 12, 2008
CLERK                               DATE

_[signature]_
(By) DEPUTY CLERK

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika Baylor

Katie Bush

Carl J. Goodwyn

Emmett Hickam

John Manall

Katie White

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

Emmett Hickam
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Emmett Hickam, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 15th day of April, 2008

Notary Public
Katherine Victoria White

KATHERINE VICTORIA WHITE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REG. # 7069044
MY COMMISSION EXPIRES
JUNE 30, 2010

158258-1   6/6

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

STATE/COMMONWEALTH OF: VA

PAMELA G. CAPPETTA

In re / V.

GC SERVICES LIMITED PARTNERSHIP

CASE NO: **3:08CV288**

**CUSTODIAN OF RECORDS GC SERIVCES LIMITED PARTNERSHIP**
**CT CORPORATION SYSTEM, REGISTERED AGENT**
**4701 COX ROAD, SUITE 301, GLEN ALLEN, VA 23060**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: COMPLAINT

SUMMONS IN A CIVIL ACTION

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 5/20/2008 @ 2:05 PM

**METHOD OF SERVICE:**

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport** Service accepted by: **KATIE BUSH**

Dated: 5/21/2008  Signature

Name: MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
MICHAEL L McWHORTER
who is personally known to me.
Date: 5/21/2008
My commission expires: 12/31/2009

Signature of Notary Public: JACQUELINE I HESTER, REG NO 209476

HESTER ATTORNEY SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

158258 - 1