AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA |
|---|---|---|

**APPEARANCE**

Case Number: 3:08-cv-00288-JRS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

G.C. Services Limited Partnership

I certify that I am admitted to practice in this court.

| June 26, 2008 | /s/ |
|---|---|
| Date | Signature |

| Rebecca H. Royals | 71420 |
|---|---|
| Print Name | Bar Number |

Butler Williams & Skilling, P.C.
Address

100 Shockoe Slip, 4th Floor
Address

| Richmond | Virginia | 23219 |
|---|---|---|
| City | State | Zip Code |

| (804) 648-4848 | (804) 648-6814 |
|---|---|
| Phone Number | Fax Number |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett, Esquire
>Consumer Litigation Associates PC
>12515 Warwick Blvd, Suite 100
>Newport News, VA 23606
>
>*Counsel for Plaintiff*

>/s/_____
>Rebecca H. Royals (VSB No. 71420)
>Attorney for GC Services Limited Partnership
>Butler Williams & Skilling, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia  23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>Email: rroyals@butlerwilliams.com