**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**PAMELA CAPPETTA,**

    Plaintiff,

v.                                                                            CASE NO.: 3:08-cv-288-JRS

**GC SERVICES, LIMITED PARTNERHIP**

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please note the appearance of Jason M. Krumbein of Krumbein Consumer Legal Services, as co-counsel of record for Plaintiff.

                              PAMELA CAPPETTA

                              By:_____/s/Jason M. Krumbein_____.
                                      Of Counsel
                              Jason M. Krumbein, Esq. VSB#43538
                              Counsel for the plaintiff
                              Krumbein Consumer Legal Services
                              1650 Willow Lawn Drive, Suite 300
                              Richmond, VA 23230
                              804-673-4358
                              804-673-4350 (fax)
                              KrumbeinLaw@gmail.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 30[h] Day of July, 2008, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Leonard Bennett, Esq.
Counsel for the plaintiff

James C. Skilling, Esq.
Counsel for GC Services, Limited Partnership

And I hereby certify that I will mail the document by US Mail to the following non filing users:

NONE.

                                              By:          /s/ Jason M. Krumbein          .
                                              Jason M. Krumbein, Esq. VSB#43538
                                              Counsel for the Plaintiff
                                              Krumbein Consumer Legal Services
                                              1650 Willow Lawn Drive, Suite 300
                                              Richmond, VA 23230
                                              804-673-4358
                                              804-673-4350 (fax)
                                              KrumbeinLaw@gmail.com (e-mail)