IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



PAMELA G. CAPPETTA,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

Action No. 3:08-CV-288

## ORDER

THIS MATTER is before the Court on a Motion to Dismiss (Docket No. 3) and a Motion for a More Definite Statement (Docket No. 7) by GC Services Limited Partnership. Upon due consideration, and for the reasons stated in the Memorandum Opinion that accompanies this Order, the Court GRANTS in part and DENIES in part the Motion to Dismiss: Pamela G. Cappetta's claim for conversion is DISMISSED and her claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., may proceed. And, the Court GRANTS the Motion for a More Definite Statement, ORDERING Cappetta to describe with specificity any alleged violations of § 1692e or § 1692g of the FDCPA that she intends to prosecute, as the Court discusses in its Memorandum Opinion.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

            /s/
James R. Spencer
Chief United States District Judge

1

ENTERED this 31st day of July 2008