

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA

v.                              CASE NO. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP

## ORDER

The parties having voiced no objection to the referral of the above matter to the United States Magistrate, they are deemed to have consented to the same.

The District Court by the undersigned hereby refers Case No. 3 08 CV 288 to United States Magistrate Judge Lauck for all purposes.

And it is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date:   AUG - 1 2008