IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>GC SERVICES, LP )<br>)<br>      Defendant. )<br>_____ ) | Civil Action<br>No. 3:08cv288 |

## NOTICE OF APPEARANCE

Plaintiff Pamela G. Cappetta, by counsel, files this Notice of Appearance and hereby notifies this Honorable Court and opposing counsel that Matthew J. Erausquin will serve as Plaintiff's counsel in this matter.

                                            Respectfully submitted,
                                            **PAMELA CAPPETTA**,

                                            By_____/s/_____
                                                      Of Counsel

LEONARD A. BENNETT, VSB #37523
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia  23606
Phone:        (757) 930-3660
Facsimile:    (757) 930-3662
lenbennett@cox.net

MATTHEW J. ERAUSQUIN, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
Phone:        (703) 273-7770
Facsimile:    (888) 892-3511
matt@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

 

                    /s/
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com