IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

The parties have represented to the Court that they have agreed to a briefing schedule in the above captioned case. Accordingly, the Court ORDERS that:

1. Plaintiff shall file a More Definite Statement or a motion to amend her complaint by August 13, 2008;

2. If Plaintiff files a More Definite Statement, Defendant shall file an answer within eleven days of Plaintiff's filing; and,

3. If Plaintiff files a motion to amend her complaint, Defendant shall file its response in accordance with the applicable Federal Rules of Civil Procedure and/or Local Rules.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                            M. Hannah Lauck
                                      United States Magistrate Judge

Richmond, Virginia
Date: August 11, 2008