IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, and pursuant to Federal Rule of Civil Procedure 15(a) and in that the pursuit of justice in this case so requires, she moves the Court for leave to file the Amended Complaint attached hereto as Exhibit "A" for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

Dated: August 12, 2008

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of August, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

                                              /s/
                                  Matthew J. Erausquin, VSB#65434
                                  Leonard A. Bennett, VSB#37523
                                  Counsel for the Plaintiff
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  3615-H Chain Bridge Road
                                  Fairfax, VA  22030
                                  Tel:    703-273-7770
                                  Fax:    888-892-3512
                                  matt@clalegal.com