IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES
AND TO AMEND THE SCHEDULING ORDER**

COMES NOW the Plaintiff, and moves that the Court order the production of initial disclosures pursuant to Rule 26(a)(1), and that it amend the present Scheduling Order following its ruling on the outstanding Motion to Amend, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

Dated:  September 2, 2008

_/s/_
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of September, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

                                      /s/
                              Matthew J. Erausquin, VSB#65434
                              Leonard A. Bennett, VSB#37523
                              Counsel for the Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              3615-H Chain Bridge Road
                              Fairfax, VA  22030
                              Tel:    703-273-7770
                              Fax:   888-892-3512
                              matt@clalegal.com