IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION TO QUASH SUBPOENA**

Defendant GC Services Limited Partnership ("GC Services"), by counsel, moves to quash the subpoena issued to LexisNexis Risk & Information Analytics Group, Inc. at the request of Plaintiff, for the reasons stated in the supporting memorandum accompanying this motion.

WHEREFORE, GC Services requests that the Subpoena be quashed, that GC Services be awarded its costs and attorney's fees expended herein, and that it be awarded such additional and further relief as the Court deems proper and appropriate.

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
  rroyals@butlerwilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2008, I electronically filed the foregoing Motion to Quash Subpoena with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>10560 Main Street, PH-15
>Fairfax, Virginia  22030
>
>Leonard A. Bennett, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia  23606
>
>Jason M. Krumbein, Esquire
>KRUMBEIN CONSUMER LEGAL SERVICES
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia  23230
>
>*Counsel for Plaintiffs*

>/s/_____
>James C. Skilling (VSB No. 27998)
>Attorney for GC Services Limited Partnership
>BUTLER, WILLIAMS & SKILLING, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia 23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>E-mail: jskilling@ butlerwilliams.com