CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                    DATE: *9/17/08*

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|

CASE TITLE *Pamela Cappetta*
                    v.
*GC Serv. Co. Limited Partnership*

CASE NO: *08 CV 288*
JUDGE: *Lauck*
COURT REPORTER: *FTR*

F I L E D
SEP 17 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( ✓ ) OTHER:

APPEARANCES:  Parties by ( ✓ )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( ✓ )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( ✓ )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: *Motion to Amend Complaint Granted.*
*Jury Trial rescheduled for January 22, 2008 at*
*9.30 AM*

_____

_____

_____

Counsel for Plaintiff(s)
*Matthew Erausquin / Leonard Bennett*

Counsel for Defendant(s)
*Rebecca Royals / James Skilling*

| SET: *9.30* | BEGAN: *9.45* | ENDED: *10.30* | TIME IN COURT: |
|---|---|---|---|

RECESSES: *10.11 – 10.21*