**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                                            Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

For the reasons stated from the bench, Plaintiff's Motion to Amend Complaint (Docket No. 20) is GRANTED. Plaintiff's Motion to Compel Initial Disclosures (Docket No. 24) and Motion to Amend the Scheduling Order (Docket No. 26) are DENIED AS MOOT, the parties having mutually agreed to a new trial date and discovery schedule. A Revised Scheduling Order shall issue.

The Clerk is DIRECTED to file Plaintiff's Exhibit A to the Motion for Leave to File as the Amended Complaint. Defendant is ORDERED to file a response within eleven (11) days after entry of this Order.

The Court has taken Defendant's Motion to Quash (Docket No. 27), and any other discovery dispute, including initial disclosures, UNDER ADVISEMENT until the parties provide notice that the issues are resolved, or that the Court needs to address matters further. Such notice must be provided by Friday, September 26, 2008.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                M. Hannah Lauck
                    United States Magistrate Judge

Richmond, Virginia
Date: September 19, 2008