IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS COUNTS II THROUGH V OF
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

COMES NOW Defendant GC Services Limited Partnership, by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure requests that this Court dismiss Counts II through V of Plaintiff's First Amended Complaint against it for the reasons and on the grounds stated in the Memorandum in Support of this Motion, filed herewith.

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
    James C. Skilling (VSB No. 27998)
    Rebecca H. Royals (VSB No. 71420)
    Attorneys for GC Services Limited Partnership
    BUTLER, WILLIAMS & SKILLING, P.C.
    100 Shockoe Slip, 4th Floor
    Richmond, Virginia 23219
    Telephone: (804) 648-4848
    Facsimile: (804) 648-6814
    E-mail: jskilling@ butlerwilliams.com
         rroyals@butlerwilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2008, I electronically filed the foregoing Motion to Dismiss Counts II through V of Plaintiff's First Amended Complaint with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Matthew J. Erausquin, Esquire
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 10560 Main Street, PH-15
> Fairfax, Virginia  22030
>
> Leonard A. Bennett, Esquire
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, Virginia  23606
>
> Jason M. Krumbein, Esquire
> KRUMBEIN CONSUMER LEGAL SERVICES
> 1650 Willow Lawn Drive, Suite 300
> Richmond, Virginia  23230
>
> *Counsel for Plaintiff*

> /s/_____
> Rebecca H. Royals (VSB No. 71420)
> Attorney for GC Services Limited Partnership
> BUTLER WILLIAMS & SKILLING, P.C.
> 100 Shockoe Slip, 4th Floor
> Richmond, Virginia  23219
> Telephone: (804) 648-4848
> Facsimile: (804) 648-6814
> Email: rroyals@butlerwilliams.com