IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                     Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

Pending before the Court is Defendants' Motion to Quash (Docket No. 27). For the reasons stated during the teleconference held on October 2, 2008, and from the bench on October 9, 2008, the motion shall be DENIED AS MOOT. Plaintiff has withdrawn the four requests at issue.

With respect to the discovery issues addressed during the October 9 hearing, the parties have agreed to hold a status conference no later than November 7, 2008. The parties shall contact the Court no later than October 31, 2008, to schedule any necessary hearings.

And it is so ORDERED.

                                                /s/
                                    M. Hannah Lauck
                                    United States Magistrate Judge

Richmond, Virginia
Date: 10/10/08