IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:08cv288 |
| GC SERVICES, LP | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT GC SERVICES LP**

COMES NOW, the Plaintiff, Pamela Cappetta, by counsel, and, for the reasons more specifically set forth in the accompanying memorandum in support, she hereby moves to Overrule the Discovery Objections of Defendant GC Services, LP (hereafter "GCS") and to Compel Discovery Responses.

Respectfully submitted,
**PAMELA CAPPETTA**

By: _____/s/_____

Of Counsel

Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Telephone:   (703) 273-7770
Facsimile:    (888) 892-3511

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of November, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

    /s/
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com