IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, and pursuant to Federal Rule of Civil Procedure 15(a) and in that the pursuit of justice in this case so requires, she moves the Court for leave to file the Second Amended Complaint attached hereto as Exhibit "A" for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

Dated:  December 1, 2008

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of December, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
rroyals@butlerwilliams.com

James Curie Skilling  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
jskilling@butlerwilliams.com

                                                   /s/  
                                      Matthew J. Erausquin, VSB#65434  
                                      Leonard A. Bennett, VSB#37523  
                                      Counsel for the Plaintiff  
                                      CONSUMER LITIGATION ASSOCIATES, P.C.  
                                      3615-H Chain Bridge Road  
                                      Fairfax, VA  22030  
                                      Tel:    703-273-7770  
                                      Fax:   888-892-3512  
                                      matt@clalegal.com