CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 12/2/08

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Pamela Cappetta v. GC Services | CASE NO: 08CV288 |
| | JUDGE: Lauck |
| | COURT REPORTER: FTR |

F I L E D
DEC - 2 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING (✓)  OTHER:

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Joint Statement filed by 12/9/08
Hearing set for 12/11/08 at 2:00 pm
Discovery extended to 12/12/08

Counsel for Plaintiff(s)
Matthew Erausquin

Counsel for Defendant(s)
James Skilling / Rebecca Royals

SET: 4:00   BEGAN: 4:00   ENDED: 4:47   TIME IN COURT: :47

RECESSES: