IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR A PROTECTIVE OPRDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant GC Services Limited Partnership ("Defendant"), by counsel, hereby moves this Court for a protective order quashing Plaintiff's Notice of Deposition to Terri Paurich dated November 13, 2008. For the reasons set forth in the accompanying Memorandum, Defendant respectfully requests the Court enter a protective order and award such other and further relief as the Court deems just and proper.

Pursuant to Local Rule 37(E), the undersigned hereby certifies that counsel for Defendant has in good faith conferred with counsel for Plaintiff in an effort to resolve this dispute without court action.

    Respectfully submitted,

    G.C. SERVICES LIMITED PARTNERSHIP

    By: /s/_____
        James C. Skilling (VSB No. 27998)
        Rebecca H. Royals (VSB No. 71420)
        Attorneys for GC Services Limited Partnership
        BUTLER, WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, 4th Floor
        Richmond, Virginia 23219

          Telephone: (804) 648-4848
          Facsimile: (804) 648-6814
          E-mail: jskilling@ butlerwilliams.com
              rroyals@butlerwilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2008, I electronically filed the foregoing Motion For a Protective Order with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Matthew J. Erausquin, Esquire
    CONSUMER LITIGATION ASSOCIATES, P.C.
    10560 Main Street, PH-15
    Fairfax, Virginia  22030

    Leonard A. Bennett, Esquire
    CONSUMER LITIGATION ASSOCIATES, P.C.
    12515 Warwick Boulevard, Suite 100
    Newport News, Virginia  23606

    Jason M. Krumbein, Esquire
    KRUMBEIN CONSUMER LEGAL SERVICES
    1650 Willow Lawn Drive, Suite 300
    Richmond, Virginia  23230

    *Counsel for Plaintiffs*

        /s/_____
        James C. Skilling (VSB No. 27998)
        Attorney for GC Services Limited Partnership
        BUTLER WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, 4th Floor
        Richmond, Virginia  23219
        Telephone: (804) 648-4848
        Facsimile: (804) 648-6814
        Email: rroyals@butlerwilliams.com