IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES, LP )<br>)<br>Defendant. )<br>_____ ) | Civil Action<br>No. 3:08cv288 |

### PLAINTIFF'S MOTION TO QUASH SUBPOENAS TO HER MEDICAL PROVIDERS

COMES NOW the Plaintiff, and moves that the Court quash Defendant's subpoenas issued to her various medical providers and counselors, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

Dated:  December 4, 2008

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of December, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

                                                /s/
                                    Matthew J. Erausquin, VSB#65434
                                    Leonard A. Bennett, VSB#37523
                                    Counsel for the Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    3615-H Chain Bridge Road
                                    Fairfax, VA  22030
                                    Tel:    703-273-7770
                                    Fax:    888-892-3512
                                    matt@clalegal.com