IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA         )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>GC SERVICES, LP             )<br>                            )<br>    Defendant.              )<br>_____) | Civil Action<br>No. 3:08cv288 |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE HER REPLY BRIEF IN SUPPORT OF HER SECOND MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff, by counsel, and she moves the Court to enlarge the time for the filing of her reply brief in support of her Second Motion to Amend Complaint to December 29, 2009.

                                                                 Respectfully submitted,
                                                                 **PAMELA G. CAPPETTA**,

                                                                      _____/s/_____

Dated:  December 23, 2008          Matthew J. Erausquin, VSB#65434
                                                      Leonard A. Bennett, VSB#37523
                                                      Counsel for the Plaintiff
                                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                                      3615-H Chain Bridge Road
                                                      Fairfax, VA  22030
                                                      Tel:    703-273-7770
                                                      Fax:    888-892-3512
                                                      matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of December, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
rroyals@butlerwilliams.com

James Curie Skilling  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
jskilling@butlerwilliams.com

                                                      /s/  
                          Matthew J. Erausquin, VSB#65434  
                          Leonard A. Bennett, VSB#37523  
                          Counsel for the Plaintiff  
                          CONSUMER LITIGATION ASSOCIATES, P.C.  
                          3615-H Chain Bridge Road  
                          Fairfax, VA  22030  
                          Tel:    703-273-7770  
                          Fax:   888-892-3512  
                          matt@clalegal.com