IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                              Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

For good cause shown, and seeing no undue prejudice to Defendant, Plaintiff's Motion to Enlarge Time to File her Reply Brief in Support of Her Second Motion to Amend Complaint shall be GRANTED. (Docket No. 62.) Plaintiff's reply brief shall be filed no later than December 29, 2008.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                              M. Hannah Lauck
                                        United States Magistrate Judge

Richmond, Virginia
Date: 12/24/08