IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 3:08cv288 |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO
DEFENDANT'S MOTION FOR DAVID MATTHEW SCHULTZ TO APPEAR
<u>PRO HAC VICE</u>**

COMES NOW the Plaintiff, by counsel, and hereby notifies this Court and opposing counsel that she will not oppose the Defendant's motion to admit David Matthew Schultz to practice before this Court in this matter, pro hac vice.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

/s/

Dated: December 28, 2008

Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of December, 2008 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
rroyals@butlerwilliams.com

James Curie Skilling  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
jskilling@butlerwilliams.com

                                            /s/  
                              Matthew J. Erausquin, VSB#65434  
                              Leonard A. Bennett, VSB#37523  
                              Counsel for the Plaintiff  
                              CONSUMER LITIGATION ASSOCIATES, P.C.  
                              3615-H Chain Bridge Road  
                              Fairfax, VA  22030  
                              Tel:     703-273-7770  
                              Fax:    888-892-3512  
                              matt@clalegal.com