AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    VIRGINIA

**APPEARANCE**

Case Number: 3:08-cv-288

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

G.C. Services Limited Partnership

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 7, 2009 | /s/ |
| Date | Signature |
| | Zev H. Antell                                74634 |
| | Print Name                               Bar Number |
| | Butler Williams & Skilling, P.C. |
| | Address |
| | 100 Shockoe Slip, 4th Floor |
| | Address |
| | Richmond          Virginia            23219 |
| | City                    State              Zip Code |
| | (804) 648-4848                  (804) 648-6814 |
| | Phone Number                      Fax Number |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2009, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>10560 Main Street, PH-15
>Fairfax, Virginia  22030
>
>Leonard A. Bennett, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia  23606
>
>Jason M. Krumbein, Esquire
>KRUMBEIN CONSUMER LEGAL SERVICES
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia  23230
>
>*Counsel for Plaintiff*
>
>/s/_____
>Zev H. Antell (VSB No. 74634)
>Attorney for G.C. Services Limited Partnership
>Butler Williams & Skilling, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia  23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>Email: zantell@butlerwilliams.com