| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 1/23/09 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE Pamela Cappetta v. GC Services | CASE NO: 08CV288 <br> JUDGE: Lauck <br> COURT REPORTER: FTR |

JAN 2 2 2009
CLERK, U.S. DISTRICT COURT
RICHMOND VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Court to issue written Opinion

Counsel for Plaintiff(s) Leonard Bennett / Matthew Erausquin

Counsel for Defendant(s) James Skilling

SET: 11:00    BEGAN: 11:07    ENDED: 12:09    TIME IN COURT: 1:02

RECESSES: