IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT SECOND JOINT STIPULATION**

COMES NOW the Plaintiff, and moves that the Court extend her time to submit her portion of the Second Joint Stipulation to Friday, February 6th, 2009, for the reasons set forth in the memorandum filed contemporaneously herewith.

                                                  Respectfully submitted,
                                                  **PAMELA G. CAPPETTA**,

Dated: February 2, 2009

                                                    /s/
                                                  Matthew J. Erausquin, VSB#65434
                                                  Leonard A. Bennett, VSB#37523
                                                  Counsel for the Plaintiff
                                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                                  3615-H Chain Bridge Road
                                                  Fairfax, VA  22030
                                                  Tel:    703-273-7770
                                                  Fax:   888-892-3512
                                                  matt@clalegal.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 2nd day of February, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

              /s/
            Matthew J. Erausquin, VSB#65434
            Leonard A. Bennett, VSB#37523
            Counsel for the Plaintiff
            CONSUMER LITIGATION ASSOCIATES, P.C.
            3615-H Chain Bridge Road
            Fairfax, VA  22030
            Tel: 703-273-7770
            Fax: 888-892-3512
            matt@clalegal.com