IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                      Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

On February 2, 2009, Plaintiff filed a Motion for Enlargement of Time to Submit Second Joint Stipulation. (Docket No. 77.)

The parties are hereby ORDERED to appear on February 4, 2009, at 4:30 p.m. to discuss Plaintiff's Motion. The parties may appear either in person, or by phone with a court reporter present. Defendant may respond in writing to Plaintiff's Motion prior to 12:00 p.m. on February 4, 2009, if it wishes to do so.

The parties are DIRECTED to contact Chambers by close of business on February 3, 2009, to inform the Court whether an in-court or telephone conference will commence on February 4, 2009, at 4:30 p.m.

And it is so ORDERED.

                                                     /s/
                                        M. Hannah Lauck
                                        United States Magistrate Judge

Richmond, Virginia
Date: 2/3/09