IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                              Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

On February 4, 2009, the parties appeared telephonically before the Court in regard to Plaintiff's Motion for Enlargement of Time to Submit Second Joint Stipulation. (Docket No. 77.) That motion is GRANTED. Upon the consent of the parties, it is hereby ORDERED that:

1. The parties shall submit the Second Joint Stipulation regarding discovery disputes on February 13, 2009. This document shall be filed with the Clerk of Court, unless the parties advise the Court prior to February 13, 2009, that the document contains proprietary or confidential information.

2. The parties shall appear before the Court for a status conference and hearing on the issues presented in the Second Joint Stipulation on February 23, 2009, at 1:00 p.m.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                /s/
                                        M. Hannah Lauck
                                  United States Magistrate Judge

Richmond, Virginia
Date: 2/4/09