IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO QUASH SUBPOENAS**

COMES NOW Defendant GC Services Limited Partnership ("GC Services"), by counsel, and moves to quash Plaintiff's subpoenas issued to MicroBilt Corporation and Experian Information Solutions, Inc., for the reasons stated in the supporting memorandum accompanying this motion.

WHEREFORE, GC Services Limited Partnership requests that the subpoenas be quashed, that GC Services be awarded costs and attorney's fees expended herein and that it be awarded such additional and further relief as the Court deems proper and appropriate.

Respectfully submitted,

GC SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
          rroyals@butlerwilliams.com

        David M. Schultz (admitted *pro hac vice*)
        Attorney for GC Services Limited Partnership
        HINSHAW & CULBERTSON LLP
        222 N. LaSalle Street, Suite 300
        Chicago, IL 60601-1081
        Telephone: (312) 704-3000
        Facsimile: (312) 704-3000
        E-mail: dschultz@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 4th day of February, 2009, I electronically filed the foregoing Defendant's Motion to Quash Subpoenas with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Matthew J. Erausquin, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        10560 Main Street, PH-15
        Fairfax, Virginia 22030

        Leonard A. Bennett, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606

        Jason M. Krumbein, Esquire
        KRUMBEIN CONSUMER LEGAL SERVICES
        1650 Willow Lawn Drive, Suite 300
        Richmond, Virginia 23230

        *Counsel for Plaintiffs*

        /s/_____
        James C. Skilling (VSB No. 27998)
        Attorney for GC Services Limited Partnership
        BUTLER WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, 4th Floor
        Richmond, Virginia 23219
        Telephone: (804) 648-4848
        Facsimile: (804) 648-6814
        Email: jskilling@butlerwilliams.com