

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| GC SERVICES LIMITED PARTNERSHIP, | ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to File the Second Joint Stipulation Regarding Discovery Status Under Seal, and for good cause shown, it is hereby ORDERED that Defendant's motion is GRANTED.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
**United States Magistrate Judge**

Richmond, Virginia
Date: FEB 2 3 2009