IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.                                                        Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion to Quash Subpoenas to Her Medical Providers (Docket No. 54) is GRANTED IN PART and DENIED IN PART.

Plaintiff's Motion to Quash the subpoena for records from Dr. Madjic is GRANTED IN PART and DENIED IN PART. The subpoena is MODIFIED to require production of any and all of Dr. Madjic's medical records pertaining to Plaintiff's mental and emotional treatment for the two years prior to the filing of this federal action. Such records shall be produced confidentially, and For Attorneys' Eyes Only.

Plaintiff's Motion to Quash as to Dr. Karam is GRANTED. The subpoena issued to Dr. Karam is QUASHED. Plaintiff is DIRECTED to provide an affidavit or declaration from Dr. Karam to the Court and Defendant confirming her position that the records Dr. Karam

possesses are not relevant to Plaintiff's emotional distress claims in this case. Such affidavit or declaration shall be provided within ten (10) days of the entry of this Order.

And it is so ORDERED.

/s/ MHL
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 2/23/09