CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 2/23/09

| United States District Court | Eastern District of Virginia – Richmond Division |
|---|---|
| CASE TITLE: Pamela Cappetta v. GC Services | CASE NO: 08cv288 |
| | JUDGE: Lauck |
| | COURT REPORTER: FTR |

FEB 23 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Discovery Conference

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Court to issue orders

Counsel for Plaintiff(s)
Matthew Erausquin

Counsel for Defendant(s)
James Skilling

SET: 1:00   BEGAN: 1:16   ENDED: 3:04   TIME IN COURT:

RECESSES: