IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.                                      Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

(1) Discovery shall be extended sixty (60) days, until May 11, 2009;

(2) Defendant is ORDERED to provide its General Counsel or another employee knowledgeable about the organization of files at Defendant's off-premises storage facility during Plaintiff's examination of files located therein;

(3) Defendant is ORDERED to provide, no later than February 27, 2009, a complete inventory of the contents of the hard drive of the laptop computer used by the GC Services employee who was deposed during the week of December 8;

(4) Defendant is ORDERED to provide all documents responsive to Plaintiff's discovery requests obtained from the laptop computer no later than March 6, 2009, to be accompanied by a detailed privilege log;

(5) Defendant is ORDERED to supplement its response to Interrogatory 18, answering the Interrogatory without limitation or qualification, no later than February 27, 2009;

(6) Defendant is ADVISED to file a Motion for Protective Order explaining why the information sought in Request for Production 1 is not reasonably accessible should it continue to fail to provide additional information;

(7) The parties are ORDERED to confirm that the two individuals identified as potentially knowledgeable about the information sought in Requests for Production 10 and 13 can provide necessary information, and so advise the Court and Plaintiff no later than February 27, 2009;

(8) If the individuals can provide the necessary information, DEFENDANT is FURTHER ORDERED to make such individuals available for deposition to Plaintiff, on the same day if requested by Plaintiff;

(9) Defendant is ORDERED to submit an affidavit no later than March 6, 2009, explaining in detail the search process that would be required for Defendant to comply with the Court's December 24 Order as to Request for Production 18, and why it contends it cannot comply;

(10) Regarding what appear to be violations of this Court's December 24 Order, the parties will be given an opportunity to be heard as to whether sanctions should issue pursuant to Fed. R. Civ. P. 37, and if so, to what extent.

Let the Clerk send a copy of the Memorandum Opinion and this Order to all counsel of record.

And it is SO ORDERED.

/s/ M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 2/24/09