IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                                  Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion to Amend Complaint (Docket No. 49) is DENIED WITHOUT PREJUDICE.

Discovery is EXTENDED an additional sixty (60) days for the purpose of inquiring into the viability of a class claim, and shall end on May 11, 2009. Should Plaintiff seek leave to amend to add a class claim, she must do so no later than May 1, 2009.

Let the Clerk send a copy of the accompanying Memorandum Opinion and this Order to all Counsel of record.

And it is so ORDERED.

                                                              /s/
                                                  M. Hannah Lauck
                                                  United States Magistrate Judge

Richmond, Virginia
Date: **February 24, 2009**