IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT HER MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO QUASH SUBPOENAS**

COMES NOW the Plaintiff, and moves that the Court extend her time to submit her

Memorandum in Opposition to Defendant's Motion to Quash Subpoenas until February 24th,

2009, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA,**

Dated:  February 20, 2009

_____/s/_____
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

## SO ORDERED

_____/s/_____ MWL
M. Hannah Lauck
**United States Magistrate Judge**

2/24/09

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

Zev Hillel Antell
Butler Williams & Skilling PC
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
zantell@butlerwilliams.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

_____/s/_____
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com