IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                      Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

Certain documents were inadvertently produced during the discovery in this case. The parties placed these documents under seal in the custody of the Clerk of Court.

Upon the consent of the parties, it is hereby ORDERED that the Clerk release those documents to counsel for Plaintiff. Counsel for Plaintiff is DIRECTED to appear at the Clerk's Office to pick up the documents.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                          M. Hannah Lauck
                                          United States Magistrate Judge

Richmond, Virginia
Date: 2/27/09