IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENAS

PLEASE TAKE NOTICE that Defendant GC Services Limited Partnership, by counsel, withdraws its Motion to Quash Subpoenas [Document 83].

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Zev H. Antell (VSB No. 74634)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
rroyals@butlerwilliams.com
zantell@butlerwilliams.com

David M. Schultz (admitted *pro hac vice*)
Attorney for GC Services Limited Partnership
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
Telephone: (312) 704-3000
Facsimile: (312) 704-3000
E-mail:   dschultz@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2009, I electronically filed the foregoing Notice of Withdrawal of Motion to Quash Subpoenas with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>10560 Main Street, PH-15
>Fairfax, Virginia  22030
>
>Leonard A. Bennett, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia  23606
>
>Jason M. Krumbein, Esquire
>KRUMBEIN CONSUMER LEGAL SERVICES
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia  23230
>
>*Counsel for Plaintiff*

>/s/_____
>James C. Skilling (VSB No. 27998)
>Attorney for GC Services Limited Partnership
>BUTLER, WILLIAMS & SKILLING, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia 23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>E-mail: jskilling@ butlerwilliams.com