IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
MAR 30 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

PAMELA G. CAPPETTA,

    Plaintiff,

v.

                                                                 Civil Action No. 3:08CV288

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

Several motions which no longer present a live controversy remain pending in this case. It is hereby ORDERED that:

1. Defendant's Motion to Quash Subpoenas (Docket No. 83) is WITHDRAWN, per Defendant's Notice of Withdrawal of Motion (Docket No. 108);

2. Defendant's Motion for Extension of Time to Produce Discovery, Documents, and Privilege Log (Docket No. 101) is GRANTED;

3. Plaintiff's Motion for Extension of Time to Submit Declaration (Docket No. 103) is GRANTED.

Let the Clerk of Court send a copy of this Order to all counsel of record.

And it is so ORDERED.

                                                      /s/
                                      M. Hannah Lauck
                                      United States Magistrate Judge

Richmond, Virginia
Date: MAR 30 2009