IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO VACATE REFERRAL**
**TO THE MAGISTRATE JUDGE**

COMES NOW Defendant GC Services Limited Partnership, by counsel, and pursuant to Fed. R. Civ. P. 73(b)(3) and 28 U.S.C. § 636(c)(4) moves this Court to enter an Order vacating the referral to the Magistrate Judge and re-assigning the case to the District Judge for the reasons and on the grounds more fully set forth in the supporting memorandum filed herewith.

Respectfully submitted,

GC SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Zev H. Antell (VSB No. 74634)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
       rroyals@butlerwilliams.com
       zantell@butlerwilliams.com

>David M. Schultz (admitted *pro hac vice*)
>Attorney for GC Services Limited Partnership
>HINSHAW & CULBERTSON LLP
>222 N. LaSalle Street, Suite 300
>Chicago, IL 60601-1081
>Telephone: (312) 704-3000
>Facsimile: (312) 704-3000
>E-mail: dschultz@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2009, I electronically filed the foregoing Defendant's Motion to Vacate Referral to the Magistrate Judge pursuant to Fed. R. Civ. P. 73(b)(3) and 28 U.S.C. § 636(c)(4) with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>10560 Main Street, PH-15
>Fairfax, Virginia 22030
>
>Leonard A. Bennett, Esquire
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23606
>
>Jason M. Krumbein, Esquire
>KRUMBEIN CONSUMER LEGAL SERVICES
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>
>*Counsel for Plaintiff*
>
>/s/_____
>James C. Skilling (VSB No. 27998)
>Attorney for GC Services Limited Partnership
>BUTLER WILLIAMS & SKILLING, P.C.
>100 Shockoe Slip, 4th Floor
>Richmond, Virginia 23219
>Telephone: (804) 648-4848
>Facsimile: (804) 648-6814
>Email: jskilling@butlerwilliams.com