IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES, LP )<br>)<br>Defendant. )<br>_____) | Civil Action<br>No. 3:08cv288 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUBIMT A RESPONSE TO DEFENDANT'S MOTION TO VACATE**
<u>**REFERRAL TO THE MAGISTRATE JUDGE**</u>

COMES NOW the Plaintiff, PAMELA CAPPETTA, by counsel, and pursuant to Fed. R. Civ. P. 15, she moves the Court to Enlarge her Response time to file her Memorandum in Opposition to Defendant's Motion to Vacate Referral to the Magistrate Judge, and accordingly she states as follows:

Defendant's Motion was filed on Friday, April 3, 2009. Plaintiff's counsel who is responsible for the drafting of the response to the Motion was away on personal family vacation from April 4, 2009 until April 17, 2009. Plaintiff's counsel requests an enlargement until Tuesday, April 21, 2009 so that he may properly respond to the Defendant's Motion.

For the reasons stated herein, the plaintiff prays that this Court to grant his Motion for Enlargement of Time as pled herein.

Respectfully submitted,

**PAMELA G. CAPPETTA**,

/s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel:    757-930-3660
Fax:   757-930-3662
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Zev Hillel Antell
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
zantell@butlerwilliams.com

                                                          /s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel:    757-930-3660
Fax:   757-930-3662
lenbennett@cox.net