IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 3:08cv288 |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUBIMT A RESPONSE TO DEFENDANT'S MOTION TO VACATE REFERRAL TO THE MAGISTRATE JUDGE**

COMES NOW the Plaintiff, PAMELA CAPPETTA, by counsel, and in support of her Motion for Enlargement of Time to Submit a Response to Defendant's Motion to Vacate Referral to the Magistrate Judge and states as follows:

Plaintiff's counsel was unable to file the Response prior to Midnight on April 21, 2009 as originally intended, as he was outside of the office. The filing on April 22, 2009 at 7:44 a.m. will not prejudice the Defendants in this matter.

For the reasons stated herein, the plaintiff prays that this Court grant her Motion for Enlargement of Time as pled herein.

Respectfully submitted,

**PAMELA G. CAPPETTA**,

/s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel: 757-930-3660
Fax: 757-930-3662
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Zev Hillel Antell
Butler Williams & Skilling P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA 23219
zantell@butlerwilliams.com

/s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net
