IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

Civil Action No. 3:08CV288

## ORDER

On April 16, 2009, the parties filed a Third Joint Stipulation Regarding the Status of Discovery. (Docket No. 112.) Currently pending in this matter is Defendant's Motion to Vacate Referral to the Magistrate Judge. (Docket No. 110.) The Court will HOLD IN ABEYANCE the Third Joint Stipulation until Defendant's Motion to Vacate Referral is no longer pending, or such other time as the Court deems proper.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                           /s/
                                   M. Hannah Lauck
                            United States Magistrate Judge

Richmond, Virginia
Date: 4/22/09