IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER**
**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Plaintiff, Pamela Cappetta, by counsel, and moves this Court to extend the discovery cutoff and the deadline by which she was previously ordered to re-file her motion to amend. In support thereof, she states as follows:

On September 2, 2008, the Plaintiff filed her first motion to compel alleging Defendant's failure to comply with its discovery obligations. (Docket No. 24). On September 19, 2008, the Court enlarged the time to conduct discovery and took the pending motion to compel under advisement, emphasizing the Court's requirement that the parties again meet and confer. (Docket No. 37). On November 5, 2008, the Plaintiff had to file her second motion to compel. (Docket No. 45). The Plaintiff's motion was granted on December 24, 2008. (Docket No. 64). Thereafter, Defendant continued to refuse to comply with discovery and the Court's Order, and another discovery motion had to be filed. (Docket No. 90). On February 24, 2009, the Plaintiff's motion was again granted, and discovery was extended until May 11, 2009. (Docket No. 95). Defendant again continued to refuse most discovery, and on March 12, 2009, Judge Dohnal ordered Defendant to allow a site inspection in order that Plaintiff's expert could investigate Defendant's claim that discovery compliance was burdensome or impossible.

(Docket No. 106). On April 16, 2009, the Plaintiff had to file another discovery motion in the face of Defendant's continuing noncompliance. (Docket No. 112).

Additional parts of the case history are also relevant to the present motion. First, the Court has ordered a date of May 1, 2009 by which to file a motion to amend to add class allegations. Second, on April 22, 2009, the Court stayed its consideration and further disposition of the pending discovery motion until the District Court has disposed of Defendant's motion to vacate the magistrate referral.

Finally, the Plaintiff has noticed several Rule 30(b)(1) depositions and Rule 30(b)(6) deposition for next week in order to receive the requested testimony prior to filing her motion to amend. Defendant has stated unequivocally in correspondence to Plaintiff's counsel that it will not produce the subject witnesses or attend the depositions on the dates noticed.

Therefore, Plaintiff moves that this Court adjourn the May 1, 2009 and May 11, 2009 deadlines until a date after it has heard and ruled upon the pending discovery dispute and after the Defendant has produced its witnesses – likely by its representations in early May. By the terms of the Court's April 22, 2009 Order, this would be on a date that is necessarily after the District Court's disposition of the outstanding motion to vacate.

                Respectfully submitted,
                **PAMELA G. CAPPETTA**,

                /s/
                Matthew J. Erausquin, VSB#65434
                Leonard A. Bennett, VSB#37523
                Counsel for the Plaintiff
                CONSUMER LITIGATION ASSOCIATES, P.C.
                3615-H Chain Bridge Road
                Fairfax, VA 22030
                Tel: 703-273-7770
                Fax: 888-892-3512
                matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of April, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
rroyals@butlerwilliams.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
jskilling@butlerwilliams.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Zev Hillel Antell
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
zantell@butlerwilliams.com

                                      /s/
                            Matthew J. Erausquin, VSB#65434
                            Leonard A. Bennett, VSB#37523
                            Counsel for the Plaintiff
                            CONSUMER LITIGATION ASSOCIATES, P.C.
                            3615-H Chain Bridge Road
                            Fairfax, VA  22030
                            Tel:    703-273-7770
                            Fax:   888-892-3512
                            matt@clalegal.com