IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| PAMELA G. CAPPETTA, | |
| Plaintiff, | |
| v. | Action No. 3:08-CV-288 |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

ORDER

THIS MATTER is before the Court on Defendant's Motion to Vacate Referral to the Magistrate Judge (Docket No. 110), filed April 3, 2009. Upon due consideration, the Court GRANTS the Motion. Pursuant to 28 U.S.C. § 636(c)(4) and Fed. R. Civ. P. 73(b)(3), the Court's Order referring this case to Judge Lauck (Docket No. 17), filed August 4, 2008, is hereby VACATED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 27th day of April 2009