**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| PAMELA G. CAPPETTA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 3:08cv288 |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S RENEWED MOTION FOR LEAVE**
**TO FILE HER SECOND AMENDED COMPLAINT**

Plaintiff, by counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 15(a) for leave to file a Second Amended Complaint for the reasons outlined in the accompanying memorandum in support.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of May, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Rebecca H. Royals  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
rroyals@butlerwilliams.com

James Curie Skilling  
Butler Williams & Skilling PC  
100 Shockoe Slip  
4th Floor  
Richmond, VA 23219  
jskilling@butlerwilliams.com

                                                  /s/  
                                    Matthew J. Erausquin, VSB#65434  
                                    Leonard A. Bennett, VSB#37523  
                                    Counsel for the Plaintiff  
                                    CONSUMER LITIGATION ASSOCIATES, P.C.  
                                    3615-H Chain Bridge Road  
                                    Fairfax, VA  22030  
                                    Tel:    703-273-7770  
                                    Fax:    888-892-3512  
                                    matt@clalegal.com