IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE THAT IT DOES NOT CONSENT
TO PROCEED BEFORE A MAGISTRATE JUDGE**

In accordance with the Court's May 6, 2009 Notice of Pretrial Conference [Document 134], Defendant GC Services Limited Partnership hereby gives notice that it does not consent to magistrate jurisdiction and is unwilling to proceed before a Magistrate Judge in this case.

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
    James C. Skilling (VSB No. 27998)
    Rebecca H. Royals (VSB No. 71420)
    Zev H. Antell (VSB No. 74634)
    Attorneys for GC Services Limited Partnership
    BUTLER, WILLIAMS & SKILLING, P.C.
    100 Shockoe Slip, 4th Floor
    Richmond, Virginia 23219
    Telephone: (804) 648-4848
    Facsimile: (804) 648-6814
    E-mail: jskilling@ butlerwilliams.com
            rroyals@butlerwilliams.com
            zantell@butlerwilliams.com

        David M. Schultz (admitted *pro hac vice*)
        Todd P. Stelter (admitted *pro hac vice*)
        Attorney for GC Services Limited Partnership
        HINSHAW & CULBERTSON LLP
        222 N. LaSalle Street, Suite 300
        Chicago, IL 60601-1081
        Telephone: (312) 704-3000
        Facsimile: (312) 704-3000
        E-mail: dschultz@hinshawlaw.com
             tstelter@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of May, 2009, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Matthew J. Erausquin, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        10560 Main Street, PH-15
        Fairfax, Virginia 22030

        Leonard A. Bennett, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606

        Jason M. Krumbein, Esquire
        KRUMBEIN CONSUMER LEGAL SERVICES
        1650 Willow Lawn Drive, Suite 300
        Richmond, Virginia 23230

        *Counsel for Plaintiff*

        /s/_____
        James C. Skilling (VSB No. 27998)
        Attorney for GC Services Limited Partnership
        BUTLER, WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, 4th Floor
        Richmond, Virginia 23219
        Telephone: (804) 648-4848
        Facsimile: (804) 648-6814
        E-mail: jskilling@ butlerwilliams.com