# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 5-12-09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Pamela G. Cappetta v. GC Services Limited Partnership | CASE NO: 3:08CV288 |
| | JUDGE: Spencer |
| | COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: Motion to Compel

APPEARANCES: Parties by ( )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Motion to Compel - taken under advisement. Order to enter outlining status report dates & briefing schedule on class issue

Pretrial Conf. held 11:05 - 11:10   Jury Trial - Nov. 17, 2009 10:00 am. Pretrial Order to enter

Counsel for Plaintiff(s): Leonard Bennett, Esq. Matthew Erausquin, Esq.

Counsel for Defendant(s): James Skilling, Esq. Zev Antell, Esq. David Schultz, Esq.

SET: 10:00   BEGAN: 10:38   ENDED: 11:25   TIME IN COURT: :33

RECESSES: