IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-cv-00288 |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S
<u>MOTION TO FILE EXHIBITS UNDER SEAL</u>**

COMES NOW Defendant GC Services Limited Partnership ("GC Services"), by counsel, and in support of its Motion to File Exhibits Under Seal states as follows:

1. Exhibit E to Defendant's Memorandum in Opposition to Plaintiff's Renewed Motion for Leave to Amend references and/or includes proprietary information belonging to a third party which has been previously designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case.

2. Exhibit F to Defendant's Memorandum in Opposition to Plaintiff's Renewed Motion for Leave to Amend references and/or includes proprietary information belonging to a third party which has been previously designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case.

3. Exhibit G to Defendant's Memorandum in Opposition to Plaintiff's Renewed Motion for Leave to Amend references and/or includes proprietary information belonging to a third party which has been previously designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case. In addition, Exhibit G contains personal identifiers as

defined in L.R. 7(C)(1)(a) through (e), including items such as a third party's financial account number and home address(es).

4. No other procedure will suffice to protect this confidential and protected information contained in the exhibits upon filing. Accordingly, Defendant seeks to file these exhibits to its Memorandum in Opposition to Plaintiff's Renewed Motion for Leave to Amend under seal with the Court.

WHEREFORE, Defendant GC Services Limited Partnership respectfully requests that this Court direct the Clerk of Court to file under seal Exhibits E, F and G to Defendant's Memorandum in Opposition to Plaintiff's Renewed Motion for Leave to Amend.

Respectfully submitted,

G.C. SERVICES LIMITED PARTNERSHIP

By: /s/_____
James C. Skilling (VSB No. 27998)
Rebecca H. Royals (VSB No. 71420)
Zev H. Antell (VSB No. 74634)
Attorneys for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@ butlerwilliams.com
         rroyals@butlerwilliams.com
         zantell@butlerwilliams.com

David M. Schultz (admitted *pro hac vice*)
Todd P. Stelter (admitted *pro hac vice*)
Attorney for GC Services Limited Partnership
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
Telephone: (312) 704-3000
Facsimile: (312) 704-3000
E-mail: dschultz@hinshawlaw.com
         tstelter@hinshawlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of May, 2009, I electronically filed the foregoing Memorandum in Support of Motion to File Exhibits Under Seal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Matthew J. Erausquin, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        10560 Main Street, PH-15
        Fairfax, Virginia 22030

        Leonard A. Bennett, Esquire
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606

        Jason M. Krumbein, Esquire
        KRUMBEIN CONSUMER LEGAL SERVICES
        1650 Willow Lawn Drive, Suite 300
        Richmond, Virginia 23230

        *Counsel for Plaintiff*

                /s/_____
                James C. Skilling (VSB No. 27998)
                Attorney for GC Services Limited Partnership
                BUTLER, WILLIAMS & SKILLING, P.C.
                100 Shockoe Slip, 4th Floor
                Richmond, Virginia 23219
                Telephone: (804) 648-4848
                Facsimile: (804) 648-6814
                E-mail: jskilling@butlerwilliams.com