**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **PAMELA G. CAPPETTA,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 3:08-cv-00288 |
| | ) |
| **GC SERVICES LIMITED PARTNERSHIP,** | ) |
| | ) |
|       **Defendant.** | ) |

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S**
**MOTION FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES**

COMES NOW Pamela G. Cappetta the Plaintiff, by counsel, and for her response to Defendant's Motion for Leave to File Amended Affirmative Defenses she states as follows:

The short and simplest response is that Plaintiff does not object to the amendment of GC Services Limited Partnership's Answer to add one or more affirmative defenses, including the proposed defense asserted in the present Motion.

There is still time for appropriate discovery. The defense is largely a legal question, so the Plaintiff would not suffer unfair prejudice. Further, Plaintiff's has correctly explained in support of her own Motion to Amend that Rule 15 almost obligates a Court to permit amendment, absent specific findings otherwise. As with Plaintiff's Motion, Defendant's Motion would be properly granted.

However, the Plaintiff does not now address the relevance or viability of the new asserted defense. If raised in subsequent dispositive motions, Plaintiff will respond appropriately.

                                                         /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
312-704-3527
Fax: 312-704-3001
Email: dschultz@hinshawlaw.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
(804) 648-4848
Fax: (804) 648-6814
Email: jskilling@butlerwilliams.com

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor

Richmond, VA 23219
(804) 228-4801
Fax: (804) 648-6814
Email: rroyals@butlerwilliams.com

Zev Hillel Antell
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
804-228-4782
Fax: 804-648-6814
Email: zantell@butlerwilliams.com

                                          /s/
                               Leonard A. Bennett, Esq.
                               VSB #37523
                               Attorney for Plaintiff
                               CONSUMER LITIGATION ASSOCIATES, P.C.
                               12515 Warwick Boulevard, Suite 100
                               Newport News, Virginia 23606
                               (757) 930-3660 - Telephone
                               (757) 930-3662 – Facsimile
                               lenbennett@cox.net