IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,

           Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

           Defendant.

Action No. 3:08–CV–288

ORDER

THIS MATTER is before the Court on Defendant's unopposed Motion to Seal Exhibits (Docket No. 140), filed May 13, 2009. Upon due consideration, the Motion is hereby GRANTED. Exhibits E, F, and G to Defendant's Opposition to Plaintiff's Renewed Motion for Leave to Amend (Docket No. 139) will be sealed.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

           /s/
James R. Spencer
Chief United States District Judge

ENTERED this   22nd   day of May 2009

1