IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-cv-00288 |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the law firm of Butler Williams & Skilling, P.C., through James C. Skilling, Rebecca H. Royals and Zev Antell, attorneys of record for G.C. Services Limited Partnership, pursuant to Rule 1:5 of the Supreme Court of Virginia and Local Rule 83.1(G) of the Rules of the United States District Court for the Eastern District of Virginia, and move this Court for Leave to Withdraw as Counsel for Defendant for the reasons stated in the supporting memorandum accompanying this motion.

Respectfully submitted,

BUTLER WILLIAMS & SKILLING, P.C.

By: /s/_____
    James C. Skilling (VSB No. 27998)
    Rebecca H. Royals (VSB No. 71420)
    Zev H. Antell (VSB No. 74634)
    Attorneys for GC Services Limited Partnership
    BUTLER, WILLIAMS & SKILLING, P.C.
    100 Shockoe Slip, 4th Floor
    Richmond, Virginia 23219
    Telephone: (804) 648-4848
    Facsimile: (804) 648-6814
    E-mail: jskilling@ butlerwilliams.com
          rroyals@butlerwilliams.com
          zantell@butlerwilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2009, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Matthew J. Erausquin, Esquire
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 10560 Main Street, PH-15
> Fairfax, Virginia 22030
> *Counsel for Plaintiff*
>
> Leonard A. Bennett, Esquire
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, Virginia 23606
> *Counsel for Plaintiff*
>
> Jason M. Krumbein, Esquire
> KRUMBEIN CONSUMER LEGAL SERVICES
> 1650 Willow Lawn Drive, Suite 300
> Richmond, Virginia 23230
> *Counsel for Plaintiff*
>
> David M. Schultz (admitted *pro hac vice*)
> Todd P. Stelter (admitted *pro hac vice*)
> HINSHAW & CULBERTSON LLP
> 222 N. LaSalle Street, Suite 300
> Chicago, IL 60601-1081
> *Counsel for Defendant GC Services Limited Partnership*

And I hereby certify that I have mailed the document by U.S. mail to the following non-filing user:

> Joseph M. Van Nest, General Counsel
> GC Services Limited Partnership
> 6330 Gulfton
> Houston, Texas  77081

> /s/_____
> James C. Skilling (VSB No. 27998)
> Attorney for GC Services Limited Partnership
> BUTLER, WILLIAMS & SKILLING, P.C.
> 100 Shockoe Slip, 4th Floor
> Richmond, Virginia 23219
> Telephone: (804) 648-4848
> Facsimile: (804) 648-6814
> E-mail: jskilling@butlerwilliams.com