IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-cv-00288 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the law firm of Butler Williams & Skilling, P.C., through James C. Skilling, Rebecca H. Royals and Zev Antell, attorneys of record for G.C. Services Limited Partnership, pursuant to Rule 1:5 of the Supreme Court of Virginia and Local Rule 83.1(G) of the Rules of the United States District Court for the Eastern District of Virginia, and for its Memorandum in Support of its Motion to Withdraw as Counsel states the following:

1. In accordance with Virginia Rules of Professional Conduct Rule 1.16, counsel of record may not withdraw "except by leave of court after compliance with notice requirements."

2. Under Rule 1.16, counsel may withdraw from representation under certain specified conditions that exist in this case, that include:

   a. the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

   b. the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; and

   c. other good cause for withdrawal exists.

3. G.C. Services Limited Partnership and its insurer have been given reasonable warning of the undersigned's intention to withdraw as counsel unless all obligations are fulfilled.

4. The undersigned counsel has mailed a copy of this Motion to Defendant.

## CONCLUSION

For the foregoing reasons, Butler Williams & Skilling, P.C., through James C. Skilling, Rebecca H. Royals and Zev Antell, respectfully requests this Court to enter an Order granting its Motion to Withdraw as Counsel for Defendant.

Respectfully submitted,

BUTLER WILLIAMS & SKILLING, P.C.

By: /s/_____
    James C. Skilling (VSB No. 27998)
    Rebecca H. Royals (VSB No. 71420)
    Zev H. Antell (VSB No. 74634)
    Attorneys for GC Services Limited Partnership
    BUTLER, WILLIAMS & SKILLING, P.C.
    100 Shockoe Slip, 4th Floor
    Richmond, Virginia 23219
    Telephone: (804) 648-4848
    Facsimile: (804) 648-6814
    E-mail: jskilling@ butlerwilliams.com
            rroyals@butlerwilliams.com
            zantell@butlerwilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2009, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Matthew J. Erausquin, Esquire
CONSUMER LITIGATION ASSOCIATES, P.C.
10560 Main Street, PH-15
Fairfax, Virginia 22030
*Counsel for Plaintiff*

Leonard A. Bennett, Esquire
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
*Counsel for Plaintiff*

Jason M. Krumbein, Esquire
KRUMBEIN CONSUMER LEGAL SERVICES
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
*Counsel for Plaintiff*

David M. Schultz (admitted *pro hac vice*)
Todd P. Stelter (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
*Counsel for Defendant GC Services Limited Partnership*

And I hereby certify that I have mailed the document by U.S. mail to the following non-filing user:

>Joseph M. Van Nest, General Counsel
>GC Services Limited Partnership
>6330 Gulfton
>Houston, Texas 77081

/s/_____
James C. Skilling (VSB No. 27998)
Attorney for GC Services Limited Partnership
BUTLER, WILLIAMS & SKILLING, P.C.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
E-mail: jskilling@butlerwilliams.com