IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 3:08CV288 |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles M. Sims, of the law firm of LeClairRyan, A Professional Corporation hereby notes an appearance on behalf of GC Services Limited Partnership. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

    Charles M. Sims, Esquire
    LeCLAIRRYAN, A PROFESSIONAL CORPORATION
    P. O. Box 2499
    Richmond, Virginia 23218-2499
    Telephone:  (804) 343-5091
    Facsimile:  (804) 783-7655
    Email: Charles.Sims@leclairryan.com

By:_____/s/_____
                    Counsel

Charles M. Sims, Esq. (VSB No. 35845)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 343-5091 Telephone
(804) 783-7655 Facsimile
charles.sims@leclairryan.com

*Counsel for GC Services Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett, Esq.
Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
lenbennett@cox.net
matt@clalegal.com

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
Telephone: (804) 673-4358
Facsimile: (804) 673-4350
KrumbeinLaw@gmail.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: (505) 983-4418
Facsimile: (505) 983-2050
dickrubin@cs.com

*Counsel for Plaintiff Pamela G. Cappetta*

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

James C. Skilling, Esq.
Rebecca H. Royals, Esq.
Zev H. Antell, Esq.
Butler Williams & Skilling PC
100 Shockhoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
jskilling@butlerwilliams.com
rroyals@butlerwilliams.com
zantell@butlerwilliams.com

*Counsel for Defendant GC Services Limited Partnership*

_____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
Attorneys for Defendant GC Services Limited Partnership
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
Phone: 804-783-2003
Fax: 804-783-2294
charles.sims@leclairryan.com