IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,       )
                          )
          Plaintiff,      )
                          )
vs.                       )
                          )   Civil Action No. 3:08CV288
GC SERVICES LIMITED PARTNERSHIP,  )
                          )
          Defendant.      )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John "Jack" M. Robb, III, of the law firm of LeClairRyan, A Professional Corporation hereby notes an appearance on behalf of GC Services Limited Partnership. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

        John "Jack" M. Robb, III, Esquire
        LeCLAIRRYAN, A PROFESSIONAL CORPORATION
        P. O. Box 2499
        Richmond, Virginia 23218-2499
        Telephone:  (804) 343-5091
        Facsimile:  (804) 783-7655
        Email: jack.robb@leclairryan.com

        By: _____/s/_____
                  Counsel

John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com

*Counsel for GC Services Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>3615-H Chain Bridge Road
>Fairfax, Virginia 22030
>Telephone: (703) 273-7770
>Facsimile: (888) 892-3512
>lenbennett@cox.net
>matt@clalegal.com
>
>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>Telephone: (804) 673-4358
>Facsimile: (804) 673-4350
>KrumbeinLaw@gmail.com
>
>Richard J. Rubin, Esq.
>1300 Canyon Road
>Santa Fe, New Mexico 87501
>Telephone: (505) 983-4418
>Facsimile: (505) 983-2050
>dickrubin@cs.com
>
>*Counsel for Plaintiff Pamela G. Cappetta*
>
>David M. Schultz, Esq.
>Todd Stelter, Esq.
>Hinshaw & Culbertson, LLP
>222 N. LaSalle Street, Suite 300
>Chicago, IL 60601
>Telephone: (312) 704-3527
>Facsimile: (312) 704-3001
>dschultz@hinshawlaw.com
>tstelter@hinshawlaw.com

James C. Skilling, Esq.
Rebecca H. Royals, Esq.
Zev H. Antell, Esq.
Butler Williams & Skilling PC
100 Shockhoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
jskilling@butlerwilliams.com
rroyals@butlerwilliams.com
zantell@butlerwilliams.com

*Counsel for Defendant GC Services Limited Partnership*

/s/
_____
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
Attorneys for Defendant GC Services Limited Partnership
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com