IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:08cv288 |
| v. ) | |
| ) | |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant GC Services, LP ("GC Services") respectfully moves this Court for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12(c). Further grounds to award GC Services Judgment on the Pleadings are set forth in GC Services' Memorandum in Support of Motion for Judgment on the Pleadings filed contemporaneously herewith.

Dated: July 2, 2009

Respectfully submitted,

GC SERVICES, LP

By:_____/s/_____

John "Jack" M. Robb, III, Esq. (VSB No. 73365)
Charles M. Sims, Esq. (VSB No. 35845)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

1

        David M. Schultz, Esq.
        Todd Stelter, Esq.
        Hinshaw & Culbertson, LLP
        222 N. LaSalle Street, Suite 300
        Chicago, IL  60601
        Telephone:  (312) 704-3527
        Facsimile:  (312) 704-3001
        dschultz@hinshawlaw.com
        tstelter@hinshawlaw.com

        James C. Skilling, Esq.
        Rebecca H. Royals, Esq.
        Zev H. Antell, Esq.
        Butler Williams & Skilling PC
        100 Shockhoe Slip, 4th Floor
        Richmond, Virginia 23219
        Telephone:  (804) 648-4848
        Facsimile:  (804) 648-6814
        jskilling@butlerwilliams.com
        rroyals@butlerwilliams.com
        zantell@butlerwilliams.com
        ***Counsel for Defendant GC Services Limited Partnership***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Leonard A. Bennett, Esq.
        Matthew J. Erausquin, Esq.
        Consumer Litigation Associates, P.C.
        3615-H Chain Bridge Road
        Fairfax, Virginia 22030
        Telephone:  (703) 273-7770
        Facsimile:  (888) 892-3512
        lenbennett@cox.net
        matt@clalegal.com

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
Telephone: (804) 673-4358
Facsimile: (804) 673-4350
KrumbeinLaw@gmail.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: (505) 983-4418
Facsimile: (505) 983-2050
dickrubin@cs.com
**Counsel for Plaintiff Pamela G. Cappetta**

/s/
_____
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
Charles M. Sims, Esq. (VSB No. 35845)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
charles.sims@leclairryan.com
**Counsel for Defendant GC Services Limited Partnership**

3