IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA,<br><br>         Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>         Defendant. | Action No. 3:08–CV–288 |

## ORDER

THIS MATTER is before the Court on a Motion to Withdraw as Counsel filed by James C. Skilling, Rebecca H. Royals, and Zev Antell, on behalf of Butler Williams & Skilling, P.C. ("firm") (Docket No. 157). The firm asks for leave to withdraw in accordance with the Rules of the Supreme Court of Virginia and the Local Rules. Plaintiff opposes the Motion due to certain conduct of the firm during discovery—which Plaintiff represents will be the subject of a motion to compel, as well as a motion for sanctions she intends to file with the Court in the future—and general concern for the "serious problems" posed by "the discontinuity in representation."

Upon due consideration, the Motion is hereby GRANTED. The firm has leave to withdraw as counsel. The Court ADVISES the parties that the firm's withdrawal does not discharge the firm's responsibility for any conduct occurring prior to withdrawal that may become the subject of a motion for sanctions before this Court. Moreover, the Court notes that Defendant, not the firm, would be the subject of a motion to compel and, accordingly, withdrawal does not affect the Court's determination of any such motion.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this __13th__ day of July 2009