IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 3:08CV288 |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

THIS MATTER is before the Court on the parties' request to extend the deadline to conduct discovery as to a putative class beyond the Friday, July 10, 2009 deadline set forth in this Court's May 15, 2009 Order. By consent of the parties and for good cause shown, the Court hereby extends discovery as to a putative class until Friday, July 31, 2009.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this 20th day of July, 2009

/s/
James R. Spencer
**Chief United States District Judge**

Entered this 20th day of July 2009.



WE ASK FOR THIS:

_____
Leonard A. Bennett, Esq.
Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
lenbennett@cox.net
matt@clalegal.com

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
Telephone: (804) 673-4358
Facsimile: (804) 673-4350
KrumbeinLaw@gmail.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: (505) 983-4418
Facsimile: (505) 983-2050
dickrubin@cs.com
*Counsel for Plaintiff Pamela G. Cappetta*

_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
Attorneys for Defendant GC Services Limited Partnership
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
charles.sims@leclairryan.com
jack.robb@leclairryan.com

2

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

James C. Skilling, Esq.
Zev H. Antell, Esq.
Butler Williams & Skilling PC
100 Shockhoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
jskilling@butlerwilliams.com
rroyals@butlerwilliams.com
zantell@butlerwilliams.com
*Counsel for Defendant GC Services Limited Partnership*