IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES, LP )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 3:08cv288 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 1, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant GC Services, LP, by counsel, will bring on for hearing its Motion for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12(c), before the Honorable James R. Spencer, Chief Judge, United States District Court, Eastern District of Virginia, Richmond Division, in his courtroom located at 1000 East Main Street, 3rd Floor, Richmond, Virginia 23219.

Dated: July 27, 2009

Respectfully submitted,

GC SERVICES, LP

By:_____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

*Counsel for Defendant GC Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett, Esq.
Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
lenbennett@cox.net
matt@clalegal.com

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
Telephone: (804) 673-4358
Facsimile: (804) 673-4350
KrumbeinLaw@gmail.com

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: (505) 983-4418
Facsimile: (505) 983-2050
dickrubin@cs.com
***Counsel for Plaintiff Pamela G. Cappetta***

/s/
Charles M. Sims, Esq. (VSB No. 35845)
LeClairRyan, A Professional Corporation
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
***Counsel for Defendant GC Services, LP***