IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA          )<br>                                                 )<br>        Plaintiff,                        )<br>                                                 )<br>    v.                                        )     Civil Action<br>                                                 )     No. 3:08cv288<br>GC SERVICES, LP                 )<br>                                                 )<br>        Defendant.                    )<br>                                                 ) | |

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW the Plaintiff, by counsel, and for the reasons more specifically set forth in the accompanying memorandum in support, she hereby moves for the entry of sanctions against Defendant GC Services.

                                                      Respectfully submitted,
                                                      **PAMELA G. CAPPETTA**,


                                                      _____/s/_____
Dated: July 31, 2009                       Matthew J. Erausquin, VSB#65434
                                                      Leonard A. Bennett, VSB#37523
                                                      Counsel for the Plaintiff
                                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                                      3615-H Chain Bridge Road
                                                      Fairfax, VA  22030
                                                      Tel:    703-273-7770
                                                      Fax:   888-892-3512
                                                      matt@clalegal.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of July, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John MacDonald Robb, III
LeClair Ryan P.C.
951 E Byrd St.
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan P.C.
P.O. Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com

             /s/
          Matthew J. Erausquin, VSB#65434
          Leonard A. Bennett, VSB#37523
          Counsel for the Plaintiff
          CONSUMER LITIGATION ASSOCIATES, P.C.
          3615-H Chain Bridge Road
          Fairfax, VA  22030
          Tel: 703-273-7770
          Fax: 888-892-3512
          matt@clalegal.com