IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA G. CAPPETTA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　) Civil Action No. 3:08-cv-00288
　　　　　　　　　　　　　　　　　　　　)
GC SERVICES LIMITED PARTNERSHIP,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　　)

## DEFENDANT'S PRIVILEGE LOG – LEXIS-NEXIS INVOICES

| No. Page(s) | Date | Description | Privilege Asserted/ Reason Withheld |
|---|---|---|---|
| 3 | 03/13/08 | E-mail exchange between LexisNexis and GC Services re: payment of disputed invoice. No reference to individual accounts/customers. | non-responsive |
| 1 | 04/07/08 | Print out of GC Services' check inquiry for outstanding check issued 02/08/08 with handwritten note: "Vendor never receive [sic] payment." No reference to individual accounts/customers. | non-responsive |
| 1 | 04/07/08 | Email from GC Services Accounts Payable Department requesting verification that check issued 02/08/08 has cleared. No reference to individual accounts/customers. | non-responsive |
| 1 | Undated | Post-it note affixed to 6/30/06 LexisNexis invoice regarding attached detail reports. No reference to individual accounts/customers. | non-responsive |
| 2 | 09/21/06 | E-mail exchange between D. Stanley, M. Conway and D. Turnipseed regarding credit for billing errors on LexisNexis August 2006 bill. No reference to individual accounts/customers. | non-responsive |
| 1 | 04/09/07 | E-mails between GC Services accounting and LexisNexis regarding sales tax calculation on invoice. No reference to individual accounts/customers. | non-responsive |
| 1 | Undated | Handwritten list of 10 names, dates and "unidentified" four digit numbers. No reference to individual accounts/customers. | non-responsive |