**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**PAMELA G. CAPPETTA,**
for herself and on behalf of all other similarly situated individuals,

    **Plaintiff,**

    v.                          Civil Action No. 3:08cv288

**GC SERVICES, LP,**

    **Defendant.**

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COME NOW the Plaintiff, **PAMELA G. CAPPETTA**, for herself and on behalf of all other similarly situated individuals, by counsel, and pursuant to Fed. R. Civ. P. 23, they move the Court to Certify the following class and an in the alternative subclass, as defined herein, under Rule 23(b)(3) to seek statutory and punitive damages, and attorneys fees and costs, pursuant to 15 U.S.C. §1681n:

    a.     *Primary Class*:

The Plaintiffs ask the Court to certify a class seeking relief for a violation of 15 U.S.C. §1681b(f), defined as follows, as amended to conform to the evidence discovered in this case pursuant to Fed. R. Civ. P. 8(f) and 15(b), and as detailed more fully in Plaintiff's supporting Memorandum:

> All natural persons with addresses within the United States who were not listed as a basic cardmember on any account assigned by American Express to GC Services for collection and regarding whom GC Services obtained an Experian Full Address Update consumer report within the two-year period preceding the filing date of the Complaint.

    b.     *Alternate Subclass:*

The Plaintiff also asks the Court to certify a subclass seeking relief for a violation of 15 U.S.C. §1681b(f), defined as follows:

> All natural persons with addresses within the United States who were listed only as authorized users or supplemental cardholders on any account assigned by American Express to GC Services for collection and regarding whom GC Services obtained an Experian Full Address Update consumer report within the two-year period preceding the filing date of the Complaint.

        Respectfully submitted,
        **PAMELA G. CAPPETTA**,
        /s/

**Leonard A. Bennett**, VSB#37523
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Tel:   757-930-3660
Fax:  757-930-3662
lenbennett@cox.net

**Matthew James Erausquin**
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
Tel: 703-273-6080
Fax: 888-892-3512
matt@clalegal.com

**Richard John Rubin**
1300 Canyon Road
Santa Fe, NM 87501
Tel: 505-983-4418
Fax: 505-983-2050
dickrubin@cs.com
*PRO HAC VICE*

**Counsel for the Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2009, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

**Charles Michael Sims**
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

**David Matthew Schultz**
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com
*PRO HAC VICE*

**John MacDonald Robb, III**
LeClair Ryan PC
951 E Byrd St
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

                                    /s/
                              **Leonard A. Bennett**, VSB#37523
                              Consumer Litigation Associates, P.C.
                              12515 Warwick Blvd., Suite 100
                              Newport News, VA 23606
                              Tel:    757-930-3660
                              Fax:   757-930-3662
                              lenbennett@cox.net

                              **Counsel for the Plaintiff**