IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PAMELA G. CAPPETTA,**

    **Plaintiff,**

**v.**                                               **CIVIL ACTION NO.**

**GC SERVICS LIMITED PARTNERSHIP,**

    **Defendant.**

**PLAINTIFF'S NOTICE OF FILING OF CORRECTED EXHIBIT
TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**

TAKE NOTICE that Exhibit "C" of the Memorandum in Support of Motion for Class Certification previously filed by the Plaintiff, PAMELA G. CAPPETTA, contained Plaintiff's social security number and now, therefore, Plaintiff hereby files a corrected Exhibit "C" with the Plaintiff's social security number redacted.

                                        PAMELA G. CAPPETTA

                                        _____/s/_____
                                        Leonard A. Bennett, Esq.
                                        VSB #37523
                                        Attorney for Plaintiff
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        12515 Warwick Boulevard, Suite 100
                                        Newport News, Virginia 23606
                                        (757) 930-3660 - Telephone
                                        (757) 930-3662 – Facsimile
                                        lenbennett@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of August, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
312-704-3527
Fax: 312-704-3001
Email: dschultz@hinshawlaw.com

James Curie Skilling
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
(804) 648-4848
Fax: (804) 648-6814
Email: jskilling@butlerwilliams.com

Rebecca H. Royals
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
(804) 228-4801
Fax: (804) 648-6814
Email: rroyals@butlerwilliams.com

Zev Hillel Antell
Butler Williams & Skilling PC
100 Shockoe Slip
4th Floor
Richmond, VA 23219
804-228-4782
Fax: 804-648-6814
Email: zantell@butlerwilliams.com

       /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net