IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,

                Plaintiff,

v.                                       Action No. 3:08–CV–288

GC SERVICES LIMITED PARTNERSHIP,

                Defendant.

ORDER

THIS MATTER is before the Court on the Plaintiff's Final Report on Status of Discovery and Defendant's Response thereto (Docket Nos. 167 and 169). In its May 15, 2009 Order, the Court ordered Defendant to provide Plaintiff "[f]or each account assigned to [it] for collection by American Express from April 1, 2006 through the present, . . . the full name and address of the basic <u>and supplemental</u> cardholder on the account."

Upon due consideration, the Court FINDS that Defendant provided data from the so-called "12–21" screens from the STAR system but provided that data in an apparently incomprehensible format. This does not comport with the Court's expectations or the purposes underlying discovery. Accordingly, the Court hereby DIRECTS Defendant to provide to Plaintiff, by September 1, 2009, (1) the so-called "12–21" screen shots referenced in Plaintiff's status reports; and (2) an explanation of any free text or codes present within the "Name2" field. The Court ADVISES Defendant that it is to provide this discovery in a format that is readily understandable by Plaintiff and, potentially, a jury.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this __12th__ day of August 2009