## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br><br>Plaintiff, )<br><br>v. )<br><br>GC SERVICES, LP )<br><br>Defendant. )<br>_____ ) | Civil Action No. 3:08cv288 |

### <u>MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 12, 2009 ORDER</u>

Defendant GC Services, LP ("GC Services") respectfully moves this Court for

reconsideration of the Court's August 12, 2009 Order.  Further grounds supporting this Motion

are set forth in GC Services' Memorandum in Support of Motion for Reconsideration of the

Court's August 12, 2009 Order, filed contemporaneously herewith.

Dated: August 14, 2009

Respectfully submitted,

GC SERVICES, LP

By:_____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300

Chicago, IL  60601
Telephone:  (312) 704-3527
Facsimile:  (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

Brian P. Brooks, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5127 Brooks
BBrooks@omm.com
***Counsel for Defendant GC Services, LP***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Leonard A. Bennett, Esq.
> Matthew J. Erausquin, Esq.
> Consumer Litigation Associates, P.C.
> 3615-H Chain Bridge Road
> Fairfax, Virginia 22030
> Telephone:  (703) 273-7770
> Facsimile:  (888) 892-3512
> lenbennett@cox.net
> matt@clalegal.com
>
> Jason M. Krumbein, Esq.
> Krumbein Consumer Legal Services, Inc.
> 1650 Willow Lawn Drive, Suite 300
> Richmond, Virginia 23230
> Telephone:  (804) 673-4358
> Facsimile:  (804) 673-4350
> KrumbeinLaw@gmail.com
>
> Richard J. Rubin, Esq.
> 1300 Canyon Road
> Santa Fe, New Mexico 87501
> Telephone:  (505) 983-4418
> Facsimile:  (505) 983-2050
> dickrubin@cs.com
> **Counsel for Plaintiff Pamela G. Cappetta**

                                          /s/
                              _____
                              John "Jack" M. Robb, III, Esq. (VSB No. 73365)
                              LeClairRyan, A Professional Corporation
                              951 East Byrd Street, 8th Floor
                              Post Office Box 2499
                              Richmond, Virginia 23219
                              (804) 915-4138 Telephone
                              (804) 916-7238 Facsimile
                              jack.robb@leclairryan.com
                              **Counsel for Defendant GC Services, LP**