IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,
                              Plaintiff,

v.                                            Action No. 3:08–CV–288

GC SERVICES LIMITED PARTNERSHIP,
                              Defendant.

ORDER

THIS MATTER is before the Court on Defendant's unopposed Motion to Seal Exhibits (Docket No. 180), filed August 14, 2009. Upon due consideration, and pursuant to the parties' Protective Order (Docket No. 44), the Motion is hereby GRANTED. Exhibits 1–13 of Lynn Waldberg's Affidavit in Support of GCS's Motion for Reconsideration (Docket No. 183) will be sealed. Further, Defendants are advised that a Motion to Seal is not necessary for the submission of any documents subject to the parties' Protective Order. To place these documents under seal, counsel must clearly label the filings as subject to the Protective Order, seal the documents, and file them in the Clerk's Office, not electronically.

    Let the Clerk send a copy of this Order to all counsel of record.

    It is SO ORDERED.

                                                              /s/
                                             James R. Spencer
                                             Chief United States District Judge

ENTERED this __24th__ day of August 2009