**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| PAMELA G. CAPPETTA                         )<br>                                                                )<br>            Plaintiff,                              )<br>                                                                )<br>    v.                                                        )<br>                                                                )<br>GC SERVICES, LP                               )<br>                                                                )<br>            Defendant.                          )<br>_____) | Civil Action<br>No. 3:08cv288 |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

COMES NOW the Plaintiff, by counsel, and hereby moves for leave to file a reply brief in support of her motion for class certification that exceeds the twenty-page limit, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

Dated: August 24, 2009

_____/s/_____
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com

                                                /s/
                                   Leonard A. Bennett, VSB#37523
                                   Counsel for the Plaintiff
                                   CONSUMER LITIGATION ASSOCIATES, P.C.
                                   12515 Warwick Boulevard, Suite 100
                                   Newport News, Virginia 23606
                                   Tel:    757-930-3660
                                   Fax:   757-930-3662
                                   lenbennett@cox.net