IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| PAMELA G. CAPPETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:08cv288 |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER
MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY
MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

COMES NOW the Plaintiff, and as for her Memorandum in Support of her Motion for Leave to Exceed the Reply Brief Page Limitation, she states as follows:

Plaintiff seeks to file a reply brief in support of her Motion for Class Certification that exceeds the twenty-page limit, specifically, a reply brief of 33 pages. Plaintiff makes this Motion after multiple edits of her Reply Brief by three different attorneys.

A Rule 23 Motion for Class Certification presents an unusual briefing posture. A Plaintiff's opening brief is less a targeted argument and instead merely prophylactic against then unknown objections by the Defendant. It is only upon receipt of that defense opposition that a moving Plaintiff can know what arguments and Rule 23 challenges she need address. Defendant's opposition illustrates this point. Almost none of its contents addressed directly the legal and factual arguments offered in Plaintiff's opening brief. Accordingly, in this Rule 23 posture, the Plaintiff's reply brief needs to be more substantive and developed than in more conventional motions practice.

This request is warranted given the complexity of the legal issues involved in this action and the significance of the issues that are addressed by the Defendant in its opposition for the first time in this litigation. The Plaintiff believes that the additional pages will assist the Court in

resolving Plaintiff's motion such that the Defendant's arguments are fully before the Court prior to oral argument. Further, Plaintiff has retained several large block quotes from major and on-point cases in order to permit a more expedited review and consideration of the arguments therein. Defendant has itself filed an opposition brief that slightly exceeds the thirty-page limit set forth in Local Rule 7(e), and Defendant will not suffer undue prejudice from the additional clarification offered by the Plaintiff.

For these reasons, Plaintiff respectfully requests that this Court grant her motion for leave to exceed page limits in her reply in support of her motion for class certification.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

_____/s/_____
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of August, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com

                 /s/
              Leonard A. Bennett, VSB#37523
              Counsel for the Plaintiff
              CONSUMER LITIGATION ASSOCIATES, P.C.
              12515 Warwick Boulevard, Suite 100
              Newport News, Virginia 23606
              Tel: 757-930-3660
              Fax: 757-930-3662
              lenbennett@cox.net