# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 9/1/09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Pamela G. Cappetta v. GC Services Limited Partnership | CASE NO: 3:08CV288 <br> JUDGE: Spencer <br> COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING ( ✓ )  OTHER: ____

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: ____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL: Class Cert. Hrg 9/29/09 AT 9:30 A.M. FOR ____

ADDITIONAL NOTATIONS: 1hr hrg.

Cts II & IV - Texas Debt Collection Act + Credit Repair Organizations Act - DENIED

Fed Credit Rptng Act - Motion for Judgment on Pleadings DENIED.

Counsel for Plaintiff(s): Leonard Bennett, Matthew Erausquin

Counsel for Defendant(s): Charles Sims, Brian Brooks

SET: 9:00   BEGAN: 9:05   ENDED: 10:00   TIME IN COURT: :55

RECESSES: