IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,

                Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

                Defendant.

Action No. 3:08–CV–288

ORDER

THIS MATTER is before the Court on Defendant's Motion for Judgment on the Pleadings (Docket No. 161), filed July 2, 2009, as well as Plaintiff's oral motion for voluntary dismissal with prejudice as to Counts II and IV, offered at the hearing of this matter on September 1, 2009.

Upon due consideration, for the reasons stated in the accompanying Memorandum Opinion, the Court hereby DENIES the Motion for Judgment on the Pleadings with regard to Counts I and III of the Second Amended Complaint, GRANTS Plaintiff's oral motion, and therefore DISMISSES WITH PREJUDICE Counts II and IV of the Second Amended Complaint.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                        /s/
                                 James R. Spencer
                                 Chief United States District Judge

ENTERED this  4th  day of September 2009