# CIVIL NON-JURY TRIAL OR MOTION HEARING
# MINUTE SHEET

DATE: 9/29/09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>PAMELA G. CAPPETTA<br>v.<br>GC SERVICES LIMITED PARTNERSHIP | CASE NO: 3:08CV288<br>JUDGE: Spencer<br>COURT REPORTER: J. Kull, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING (✓)  OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: Motion to Certify Class

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Matter taken under advisement

Counsel for Plaintiff(s)
Leonard A. Bennett, Matthew J. Erausquin

Counsel for Defendant(s)
Brian Brooks, Charles M. Sims, David M. Schultz, John M. Robb, III

SET: 9:30am   BEGAN: 9:55am   ENDED: 10:58am   TIME IN COURT: 1hr 3mins.