IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 3:08-cv-00288 |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER AND SANCTIONS

Defendant GC Services, LP ("GC Services") respectfully moves this Court for an order providing that attorneys Matthew J. Erausquin, Consumer Litigation Associates and Leonard Bennett not be allowed to serve as class counsel in this action and further ordering that they not be permitted to serve as class counsel in the putative class actions styled *James Thomas, on behalf of himself and those similarly situated v. GC Services, LP,* case No. 3:09-cv-597, and *Lynn Lestyk and Basil Lestyk v. GC Services, LP, on behalf of themselves and those similarly situated v. GC Services, LP,* case No. 3:09-cv-598.

Further grounds supporting this Motion are set forth in GC Services' Memorandum in Support of Motion for Enforcement of Protective Order and Sanctions, filed contemporaneously herewith.

Dated: September 29, 2009

Respectfully submitted,

GC SERVICES, LP

By: _____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219

(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

Brian P. Brooks, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5127 Brooks
BBrooks@omm.com
***Counsel for Defendant GC Services, LP***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>3615-H Chain Bridge Road
>Fairfax, Virginia 22030
>Telephone: (703) 273-7770
>Facsimile: (888) 892-3512
>lenbennett@cox.net
>matt@clalegal.com
>
>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>Telephone: (804) 673-4358
>Facsimile: (804) 673-4350
>KrumbeinLaw@gmail.com
>
>Richard J. Rubin, Esq.
>1300 Canyon Road
>Santa Fe, New Mexico 87501
>Telephone: (505) 983-4418
>Facsimile: (505) 983-2050
>dickrubin@cs.com
>**Counsel for Plaintiff Pamela G. Cappetta**

_____/s/_____
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
**Counsel for Defendant GC Services, LP**