# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>*on behalf of herself and those similarly situated* )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GC SERVICES, LP )<br> )<br>Defendant. )<br>_____ ) | Civil Action<br>No. 3:08cv288 |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Plaintiff, by counsel, and moves for partial summary judgment against Defendant GC Services, L.P. for the reasons more fully set forth in her memorandum in support filed contemporaneously herewith.  Specifically, she seeks a pre-trial determination by this Court pursuant to Rule 56(d) that she was not an obligor on her ex-husband's American Express account, or obligated to pay any portion thereof.  She additionally seeks partial summary judgment on Count Three of her Second Amended Complaint brought pursuant to the Fair Debt Collection Practices Act.

        Respectfully submitted,
        **PAMELA G. CAPPETTA**,


        _____/s/_____
        Matthew J. Erausquin, VSB#65434
        Leonard A. Bennett, VSB#37523
        Counsel for the Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA  22314
        Tel:   703-273-7770
        Fax:   888-892-3512
        matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of October, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com

                                                             /s/
                                    Matthew J. Erausquin, VSB#65434
                                  Leonard A. Bennett, VSB#37523
                                  Counsel for the Plaintiff
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  1800 Diagonal Road, Suite 600
                                  Alexandria, VA  22314
                                  Tel:    703-273-7770
                                  Fax:    888-892-3512
                                  matt@clalegal.com