**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>*on behalf of herself and those similarly situated* )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GC SERVICES, LP )<br> )<br>Defendant. )<br>_____) | Civil Action<br>No. 3:08cv288 |

## PLAINTIFF'S MOTION TO CONSOLIDATE

COMES NOW the Plaintiff, by counsel, and moves this Court to consolidate the instant case with *Thomas v. GC Services, LP, Civil No. 3:09cv597* and *Lestyk, et als. v. GC Services, LP, Civil No. 3:09cv598* for the reasons delineated in her memorandum in support filed contemporaneously herewith.

                                                    Respectfully submitted,
                                                    **PAMELA G. CAPPETTA**,


                                                    _____/s/_____
                                                    Matthew J. Erausquin, VSB#65434
                                                    Leonard A. Bennett, VSB#37523
                                                    Counsel for the Plaintiff
                                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                                    1800 Diagonal Road, Suite 600
                                                    Alexandria, VA  22314
                                                    Tel:   703-273-7770
                                                    Fax:   888-892-3512
                                                    matt@clalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com


/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com