IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA ) | |
| *on behalf of herself and those similarly situated* ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 3:08cv288 |
| GC SERVICES, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S DESIGNATIONS OF WRITTEN DISCOVERY

COMES NOW, the Plaintiff, Pamela G. Cappetta, by counsel, pursuant to the Court's pre-trial order, and designates the following written discovery requests, answers, and supplemental answers thereto for use at trial:

-Defendant's Answers and Supplemental Answers to Plaintiff's Interrogatories Nos. 2-5, 10, 12, 14-16, 18, 19, 21, 22, 24, 25.

-Defendant's Responses and Supplemental Responses to Plaintiff's Requests for Admissions Nos. 1-37

-Each of Defendant's Responses and Supplemental Responses to Plaintiff's Requests for Production of Documents, to the extent that any of the documents produced in response to the respective Requests for Production are listed in Plaintiff's Exhibit List, which shall be filed hereafter.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

_____/s/_____
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of November, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

                                                              /s/
                                      Matthew J. Erausquin, VSB#65434
                                      Leonard A. Bennett, VSB#37523
                                      Counsel for the Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:    888-892-3512
                                      matt@clalegal.com