# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

PAMELA G. CAPPETTA )
*on behalf of herself and those similarly situated* )
)
       Plaintiff, )
)
     v. )  Civil Action
)  No. 3:08cv288
GC SERVICES, LP )
)
       Defendant. )
)

## PLAINTIFF'S WITNESS LIST

COMES NOW, the Plaintiff, Pamela G. Cappetta, by counsel, pursuant to the Court's pre-trial order, and designates the following witnesses for trial:

1. Plaintiff, Pamela G. Cappetta

2. Brigitte A. Fox

3. Microbilt Corporation (by Affidavit)

4. GC Services, LP by its designated employee and witness, Joseph Van Nest (live and/or by deposition)

5. GC Services, LP by its designated employee and witness, Eric Bernhagen (live and/or by deposition)

6. GC Services, LP by its designated employee and witness, Ken Kopp (live and/or by deposition)

7. GC Services, LP by its designated employee and witness, Liana Lynn Waldberg (live and/or by deposition)

8. GC Services, LP by its designated employee and witness, Teresa Lea Paurich (live and/or by

deposition)

9. GC Services, LP by its designated employee and witness, Sommer Hawkes-Durbin (live and/or by deposition)

10. GC Services, LP by its designated employee and witness, Darcy Tallent (live and/or by deposition)

11. GC Services, LP by its designated employee and witness, Kim Parsons (live and/or by deposition)

12. American Express by its designated employee and witness, Edmond Garabedian (by deposition)

13. Experian Information Solutions, Inc. by its designated employee and witness, Peter Henke (by deposition)

14. Experian Information Solution, Inc, by its designated employee and witness, Rick V. Haas (by Affidavit)

15. Sharon Bassett

16. Christine Borders

17. Jesse Borders

18. Karen Borders

19. Gwen Borders-Walker

20. Angela Bourdon

21. William Bryan

22. Brittany Cook

23. Jeanette Cook

24. Michelle Davis

25. Rod Davis

26. Jewel Drinkard

27. Shirley Emmert

28. Joan Finney

29. Jason Geiger

30. Jani Hager

31. Michael Hall

32. Betty Hall

33. Deloris Johnson

34. Cheryl Jost

35. Patrick Jost

36. Nila Law

37. Basil Lestyk

38. Lynn Lestyk

39. Dana Lightel

40. Renaw Longbotham

41. John Longo

42. Cindy Longo

43. Brianna Magnusson

44. Willow Magnusson

45. Karen McCorvey

46. Timothy McCorvey

47. Kathleen McIntyre

48. Susanne Pickle

49. Calvin Pickle

50. Hoover Pickle

51. Martha Pickle

52. Tyson Pickle

53. Jennifer Pigeon

54. David Porter

55. Richard Rayburn

56. John Riley

57. Aaron Roesser

58. Joseph Sam

59. Sybill Sam

60. Robert Sarver

61. Bradford Saunders

62. Jennifer Schafer

63. Michael Schreiber

64. Kathleen Sims

65. Vander Smith

66. Tony Starliper

67. Tyler Starliper

68. James Thomas

69. Cheryl Tobasco

70. Richard Tobasco

71. Cecilia Torres

72. Michael Von Slomski

73. Julian Waits

74. Karen Waits

75. Steve Dolan

76. Dana Dolan

77. Erin Dolan

78. Ginny Dolan

79. All witnesses identified by the Defendant.

        Respectfully submitted,
        **PAMELA G. CAPPETTA**,

        _____/s/_____
        Matthew J. Erausquin, VSB#65434
        Leonard A. Bennett, VSB#37523
        Counsel for the Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA  22314
        Tel:    703-273-7770
        Fax:    888-892-3512
        matt@clalegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of November, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

                     /s/
              Matthew J. Erausquin, VSB#65434
              Leonard A. Bennett, VSB#37523
              Counsel for the Plaintiff
              CONSUMER LITIGATION ASSOCIATES, P.C.
              1800 Diagonal Road, Suite 600
              Alexandria, VA  22314
              Tel: 703-273-7770
              Fax: 888-892-3512
              matt@clalegal.com