IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,  )
                Plaintiff,  )
v.  )
  )  Civil Action No. 3:08-cv-00288
GC SERVICES LIMITED PARTNERSHIP,  )
  )
                Defendant.  )

## DEFENDANT GC SERVICES, LP'S WITNESS LIST

Defendant GC Services, LP ("GCS") submits this Witness List and states that it may call the following witnesses either live, by deposition testimony (including exhibits) or by stipulation at the trial of this matter:

1. Joesph Van Nest
2. Sommer Hawkes-Durbin
3. Liana Walberg
4. Brent Rooney
5. Darcy Tallent
6. Robert Raymond
7. Laura Cahill
8. Steve Sampson
9. Terri Paurich
10. Kim Parson
11. Michael Mitchell
12. Eric Bernhagen
13. Ken Kopp

14. Pamela Cappetta

15. Robert Cappetta

16. Edmond Garabedian

17. Peter Henke

Without waiving their right to object to the testimony of such witnesses, GCS reserves the right to call any witnesses designated by Plaintiff and any rebuttal witnesses, as necessary.

GCS further reserves the right to amend this witness list as circumstances dictate prior to trial and if the Court continues this matter or certifies Plaintiff's proposed class.

Dated: November 2, 2009

Respectfully submitted,

GC SERVICES, LP

By:_____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

Brian P. Brooks, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW

Washington, D.C. 20006
(202) 383-5127 Brooks
BBrooks@omm.com
*Counsel for Defendant GC Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>3615-H Chain Bridge Road
>Fairfax, Virginia 22030
>Telephone: (703) 273-7770
>Facsimile: (888) 892-3512
>lenbennett@cox.net
>matt@clalegal.com
>
>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>Telephone: (804) 673-4358
>Facsimile: (804) 673-4350
>KrumbeinLaw@gmail.com
>
>Richard J. Rubin, Esq.
>1300 Canyon Road
>Santa Fe, New Mexico 87501
>Telephone: (505) 983-4418
>Facsimile: (505) 983-2050
>dickrubin@cs.com
>**Counsel for Plaintiff Pamela G. Cappetta**

>_____/s/_____
>John "Jack" M. Robb, III, Esq. (VSB No. 73365)
>LECLAIRRYAN, A PROFESSIONAL CORPORATION
>951 East Byrd Street, 8th Floor
>Post Office Box 2499
>Richmond, Virginia 23219
>(804) 915-4138 Telephone
>(804) 916-7238 Facsimile
>jack.robb@leclairryan.com
>**Counsel for Defendant GC Services, LP**