## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>*on behalf of herself and those similarly situated* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES, LP )<br>)<br>Defendant. )<br>_____ ) | Civil Action<br>No. 3:08cv288 |

### PLAINTIFF'S DEPOSITION DESIGNATIONS

COMES NOW, the Plaintiff, Pamela G. Cappetta, by counsel, pursuant to the Court's pretrial order, and designates the following depositions for trial:

AMERICAN EXPRESS BY ITS EMPLOYEE, EDMOND GARABEDIAN:  pp. 1-65

EXPERIAN INFORMATION SOLUTIONS, INC., BY ITS EMPLOYEE, PETER HENKE: pp. 1-60

GC SERVICES, LP BY ITS EMPLOYEE, ERIC BERNHAGEN: pp. 1-98

GC SERVICES, LP BY ITS EMPLOYEE, SOMMER HAWKES-DURBIN: pp. 1-97

GC SERVICES, LP BY ITS EMPLOYEE, KIMBERLY PARSONS: pp 1-62

GC SERVICES, LP BY ITS EMPLOYEE, TERESA LEA PAURICH: pp 1-104

GC SERVICES, LP BY ITS EMPLOYEE, STEVEN SAMPSON: pp 1-46

GC SERVICES, LP BY ITS EMPLOYEE, JOSEPH VAN NEST, JANUARY 26, 2009: pp 1-112

GC SERVICES, LP BY ITS EMPLOYEE, JOSEPH VAN NEST, JULY 24, 2009: pp 1-107

GC SERVICES, LP BY ITS EMPLOYEE, LIANA LYNN WALDBERG: pp 1-120

Respectfully submitted,
**PAMELA G. CAPPETTA**,

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523

        Counsel for the Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA  22314
        Tel:     703-273-7770
        Fax:    888-892-3512
        matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of November, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

                                                       /s/
                                    Matthew J. Erausquin, VSB#65434
                                    Leonard A. Bennett, VSB#37523
                                    Counsel for the Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    1800 Diagonal Road, Suite 600
                                    Alexandria, VA  22314
                                    Tel:   703-273-7770
                                    Fax:   888-892-3512
                                    matt@clalegal.com