CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                          DATE: 11/4/09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: *Pamela G. Cappetta* v. *G C Services Limited Partnership* | CASE NO: 3:08CV288 <br> JUDGE: *Spencer* <br> COURT REPORTER: *Kull* |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ✓ ) OTHER: _____

APPEARANCES: Parties by ( ✓ )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: _____

Motion for Sanctions on Protective Order
Taken Under Advisement

Nov. 17, 2009 - Status Hearing instead of trial
Nov. 17 trial date continued

Counsel for Plaintiff(s) Leonard Bennett
Matthew Erausquin

Counsel for Defendant(s) Charles Simms
John Robb

SET: 9:10    BEGAN: 9:20    ENDED: 9:40    TIME IN COURT: :20
RECESSES: