UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA,<br><br>          Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>          Defendant. | Action No. 3:08–CV–288 |

ORDER

THIS MATTER is before the Court on plaintiff Pamela Cappetta's Motion for Class Certification. (Doc. No. 174.) After hearing arguments from Plaintiff and defendant GC Services, LP, and giving due consideration to the briefs, it is the conclusion of the Court that the following class should be certified to pursue the claims made pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681b(f), in Plaintiff's Second Amended Complaint:

  All natural persons residing in the Commonwealth of Virginia who were listed only as authorized users or supplemental cardholders on any account assigned by American Express to GC Services for collection and regarding whom GC Services obtained an Experian Full Address Update consumer report within the two year period preceding May 9, 2008.

  The issues of class counsel and notice to class members shall be addressed in a subsequent order.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                    /s/
                  James R. Spencer
                  Chief United States District Judge

ENTERED this  12th  day of November 2009