# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 11/17/09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Pamela G. Cappetta v. GC Services Limited | CASE NO: 3:08CV288<br>JUDGE: Spencer<br>COURT REPORTER: Kull |

MATTER COMES ON FOR: BENCH TRIAL (✓) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Plf's Motion for Partial Summary Judgment - DENIED as to Fair Debt Collection, Plf's Request for Ruling on Status of Debt - taken Under Advisement. Parties to provide agreed upon Notice or Proposed Notice due to Ct by 12/9/09

Counsel for Plaintiff(s): Leonard Bennett, Esq.

Counsel for Defendant(s): Charles Sims, Esq, Brian Brooks, Esq, John Robb, Esq.

SET: 10:00    BEGAN: 10:05    ENDED: 10:50    TIME IN COURT: :45

RECESSES: