IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA<br>*on behalf of herself and those similarly situated*<br>  Plaintiff,<br><br>v.<br><br>GC SERVICES, LP<br><br>  Defendant. | Civil Action<br>No. 3:08cv288 |

## STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO CONSOLIDATE

COMES NOW the Plaintiff, by counsel, and after conferring with the Defendant, she stipulates to the withdrawal of her pending Motion to Consolidate. Her motion to consolidate the present case with *Lestyk* and *Thomas* was filed prior to the Court's November 12, 2009 Order certifying a class of authorized users residing in Virginia. As the parties are now conferring and preparing to send a notice to the Cappetta class members informing them of the trial date and establishing certain pre-trial deadlines, the consolidation of the trial of the present matter would not create significant judicial economies, but would rather delay the trial in this matter.

Further, Plaintiff submits that the litigation economy between the cases is already accomplished given the substantial overlap of discovery between them. Much of the discovery obtained in the *Cappetta* matter is similarly discoverable and to the same extent relevant in *Lestyk* and *Thomas*, for example, as to notice, willfulness, pattern and practice, and as to whether a bona fide error occurred.

For these reasons, Plaintiff hereby stipulates to the withdrawal of her Motion to Consolidate.

Respectfully submitted,
**PAMELA G. CAPPETTA**,

    /s/
Matthew J. Erausquin, VSB#65434

Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of December, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

Charles Michael Sims
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
charles.sims@leclairryan.com

Todd Stelter
Hinshaw & Culbertson LLP
222 N LaSalle St., Suite 300
Chicago, IL 60601
tstelter@hinshawlaw.com

                                              /s/
                        Matthew J. Erausquin, VSB#65434
                        Leonard A. Bennett, VSB#37523
                        Counsel for the Plaintiff
                        CONSUMER LITIGATION ASSOCIATES, P.C.
                        1800 Diagonal Road, Suite 600
                        Alexandria, VA  22314
                        Tel:    703-273-7770
                        Fax:   888-892-3512
                        matt@clalegal.com