IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES, LP )<br>)<br>Defendant. )<br>_____) | Civil Action No. 3:08cv288 |

## MOTION FOR LEAVE TO SERVE INTERROGATORIES AND REQUESTS FOR PRODUCTION ON ABSENT CLASS MEMBERS

Defendant GC Services, LP ("GCS"), by counsel, respectfully requests that the Court grant it leave to serve Interrogatories and Requests for Production of Documents on Absent Class Members under Federal Rule of Civil Procedure 33 and 34.

Further grounds supporting this Motion are set forth in GC Services' Memorandum in Support of Motion for Leave to Serve Interrogatories and Requests for Production on Absent Class Members, filed contemporaneously herewith.

Dated: December 7, 2009

Respectfully submitted,

GC SERVICES, LP

By: _____/s/_____
Charles M. Sims, Esq. (VSB No. 35845)
John "Jack" M. Robb, III, Esq. (VSB No. 73365)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
(804) 915-4138 Telephone
(804) 916-7238 Facsimile

jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3527
Facsimile: (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

Brian P. Brooks, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5127 Brooks
BBrooks@omm.com
***Counsel for Defendant GC Services, LP***

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Matthew J. Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>3615-H Chain Bridge Road
>Fairfax, Virginia 22030
>Telephone: (703) 273-7770
>Facsimile: (888) 892-3512
>lenbennett@cox.net
>matt@clalegal.com
>
>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>Telephone: (804) 673-4358
>Facsimile: (804) 673-4350
>KrumbeinLaw@gmail.com
>
>Richard J. Rubin, Esq.
>1300 Canyon Road
>Santa Fe, New Mexico 87501
>Telephone: (505) 983-4418
>Facsimile: (505) 983-2050
>dickrubin@cs.com
>**Counsel for Plaintiff Pamela G. Cappetta**

>_____/s/_____
>John "Jack" M. Robb, III, Esq. (VSB No. 73365)
>LeClairRyan, A Professional Corporation
>951 East Byrd Street, 8th Floor
>Post Office Box 2499
>Richmond, Virginia 23219
>(804) 915-4138 Telephone
>(804) 916-7238 Facsimile
>jack.robb@leclairryan.com
>**Counsel for Defendant GC Services, LP**