UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA G. CAPPETTA,

                              Plaintiff,

v.                                                  Action No. 3:08–CV–288

GC SERVICES, LP,

                              Defendant.

<u>ORDER</u>

THIS MATTER is before the Court on plaintiff Pamela G. Cappetta's Stipulation to Withdraw (Doc. No. 230) her Motion to Consolidate this matter with <u>Lestyk v. GC Services, LP</u>, Civ. No. 3:09-CV-598, and <u>Thomas v. GC Services, LP</u>, Civ. No. 3:09-CV-597, two other matters pending before this Court. Plaintiff states that in light of this Court's ruling on her motion for class certification, consolidation is no longer necessary or desirable. Defendant has not filed any response to Plaintiff's request.

After due consideration, and in the interest of judicial economy, it is the conclusion of the Court that Plaintiff's request should be granted. Plaintiff's Motion to Consolidate (Doc. No. 215) is ORDERED WITHDRAWN along with any filings supporting or opposing the Motion.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

>           /s/
> _____
>
> James R. Spencer
> Chief United States District Judge

ENTERED this  16th  day of December 2009