**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| PAMELA G. CAPPETTA )<br>*on behalf of herself and those similarly situated* )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>GC SERVICES, LP )<br>)<br>      Defendant. ) | Civil Action<br>No. 3:08cv288 |

**PLAINTIFF'S SECOND STATUS REPORT REGARDING**
**PREPARATION OF THE CLASS LIST**

COMES NOW the Plaintiff, by counsel, and for her Second Status Report Regarding Preparation of the Class List, she states:

The parties have reached an agreement as to the manner in which the class list will be generated. A third party class administrator will perform the task of processing the Defendant's records and matching them against the records of third party Experian Information Solutions. Once the class members have been identified, the same class administrator will prepare, assemble and mail the notice to the class members. Plaintiff's counsel has narrowed the list to two of the nation's largest and most reputable class administrators. Once price quotes are received from each (likely early next week), and after receipt of the administrator's signed acknowledgement that it will handle the data as "Confidential" consistent with this Court's protective order, the records will be transmitted to the administrator and the class list will be compiled.

2

Respectfully submitted,
**PAMELA G. CAPPETTA**,

_____/s/_____
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of January, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Brian Brooks
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
bbrooks@omm.com

John MacDonald Robb, III
LeClair Ryan PC
PO Box 2499
Richmond, VA 23218-2499
jack.robb@leclairryan.com

David Matthew Schultz
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com

                                                          /s/
                                      Matthew J. Erausquin, VSB#65434
                                      Leonard A. Bennett, VSB#37523
                                      Counsel for the Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:    888-892-3512
                                      matt@clalegal.com