UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PAMELA CAPPETTA,

           Plaintiff,

v.                                   Action No. 3:08–CV–288

GC SERVICES, LP,

           Defendant.

ORDER DENYING PENDING MOTIONS AND CANCELLING HEARINGS

THE COURT has been informed that an omnibus settlement is likely in the matters of Pamela Cappetta v. GC Services, LP, 3:08-CV-288; James Thomas v. GC Services, LP, 3:09-CV-597; and Lynn Lestyk, et al., v. GC Services, LP, 3:09-CV-598. In light of this:

1.) All pending motions in this Matter, including the pending Motion for Discovery of Absent Class Members (Doc. No. 231) and Motion for Return of Information (Doc. No. 233), ARE DENIED without prejudice and with leave to re-file;

2.) All hearings and proceedings scheduled in this matter, ARE CANCELLED; and

3.) The parties in each action SHALL FILE a status report regarding their progress toward settlement fourteen (14) days from the date of this Order.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

>  _____/s/_____
>  James R. Spencer
>  Chief United States District Judge

ENTERED this   21st   day of April 2010