IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv288 |
| | ) | |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LYNN LESTYK | ) | |
| BASIL LESTYK | ) | |
| on behalf of themselves and | ) | |
| those similarly situated | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv598 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JAMES THOMAS, on behalf of himself | ) | |
| and those similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv597 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR AGREED ORDER GRANTING PRELIMINARY
APPROVAL OF SETTLEMENT, CERTIFYING CLASSES FOR PURPOSES OF
SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING
<u>NOTICE TO THE CLASS AND SCHEDULING FAIRNESS HEARING</u>**

Pursuant to Fed. R. Civ. P. 23(e) and Rule 7 of the Local Rules for the United States

District Court for the Eastern District of Virginia, Plaintiffs, Pamela Cappetta, Lynn Lestyk,

1

and James Thomas, by counsel, on behalf of themselves and all members of the proposed Settlement Class, with the consent and agreement of Defendant, GC Services, LP, by counsel, respectfully move this Court for the entry of an Order (1) preliminarily approving a proposed class settlement, (2) certifying settlement classes for purposes of the proposed class settlement, (3) appointing class counsel, (4) approving the form and manner of notice proposed to be sent to all members of the settlement classes, (5) and scheduling a fairness hearing.

The terms of the settlement fully agreed between the parties are as stated in the Settlement Agreement attached hereto as Exhibit "A". The proposed class notice is as attached hereto as Exhibit "B." The proposed Order is as attached hereto as Exhibit "C."

In support of this motion, Plaintiffs rely on the arguments and authority set forth in the Memorandum filed contemporaneously with this Motion.

> PAMELA CAPPETTA, LYNN LESTYK, AND
> JAMES THOMAS
>
>
> By:_____/s/_____
> Leonard A. Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Blvd
> Suite 100
> Newport News, VA 23606
> Telephone: (757) 930-3660
> Facsimile:  (757) 930-3662
> lenbennett@cox.net
>
> Matthew J. Erausquin, Esq.
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road
> Suite 600
> Alexandria, VA 22314
> Telephone:  (703) 273-7770
> Facsimile:  (888) 892-3512
> matt@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John "Jack" M. Robb, III, Esq.
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23219
Telephone: (804) 915-4138
Facsimile:  (804) 916-7238
jack.robb@leclairryan.com
Charles.Sims@leclairryan.com

David M. Schultz, Esq.
Todd Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601
Telephone:  (312) 704-3527
Facsimile:  (312) 704-3001
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

Brian P. Brooks, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5127
BBrooks@omm.com

               _____/s/_____
               Matthew J. Erausquin, Esq.
               Counsel for the Plaintiffs
               Consumer Litigation Associates, P.C.
               1800 Diagonal Road, Suite 600
               Alexandria, VA 22314
               Telephone:  (703) 273-7770
               Facsimile:  (888) 892-3512
               matt@clalegal.com