

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PAMELA G. CAPPETTA,<br><br>       Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>       Defendant. | Civil Action No. 3:08-CV-288<br><br>Consolidated with<br>Action No. 3:09-CV-597 &<br>Action No. 3:09-CV-598 |

## ORDER

THIS MATTER is before the Court on the parties' request to amend the previously entered Order Granting Preliminary Approval of Settlement (Doc. No. 254). The request to amend is GRANTED. The Court hereby VACATES and WITHDRAWS the Order dated December 22, 2010.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

               /s/
            James R. Spencer
            Chief United States District Judge

Entered this 5th day of January 2011.