IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv288 |
| | ) | |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LYNN LESTYK | ) | |
| BASIL LESTYK | ) | |
|   on behalf of themselves and | ) | |
|   those similarly situated | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv598 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JAMES THOMAS, on behalf of himself | ) | |
|   and those similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv597 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, AND AN AWARD OF INCENTIVE PAYMENTS, ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES**

1

COME NOW the Plaintiffs, by counsel, and, pursuant to Fed. R. Civ. P. 23(e) and with the agreement and consent of Defendants, they move the Court for entry of a final order finally approving the class settlement, awarding incentive payments to the named Plaintiffs and attorneys fees and reimbursement of expenses to their counsel for the reasons set forth in their accompanying Memorandum.

<div style="margin-left: 3em;">

Respectfully submitted,
**PAMELA CAPPETTA, JAMES THOMAS, and LYNN LESTYK**
*for themselves and on behalf of all similarly situated individuals*

_____/s/_____
Matthew J. Erausquin, VSB No. 65434
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770 - Telephone
(888) 892-3512 – Facsimile
matt@clalegal.com

</div>

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Brian Brooks**
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
202-383-5127
202-383-5414 (fax)
bbrooks@omm.com

**David Matthew Schultz**
Hinshaw & Culbertson LLP
222 N LaSalle St
Suite 300
Chicago, IL 60601
312-704-3527
312-704-3001 (fax)
dschultz@hinshawlaw.com

**Charles Michael Sims**
LeClairRyan, A Professional Corporation
PO Box 2499
Richmond, VA 23218-2499
(804) 783-2003
charles.sims@leclairryan.com

               _____/s/_____
               Matthew J. Erausquin, VSB No. 65434
               Attorney for Plaintiff
               CONSUMER LITIGATION ASSOCIATES, P.C.
               1800 Diagonal Road, Suite 600
               Alexandria, Virginia 22314
               (703) 273-7770 - Telephone
               (888) 892-3512 – Facsimile
               matt@clalegal.com