IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| PAMELA G. CAPPETTA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv288 |
| | ) | |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LYNN LESTYK | ) | |
| BASIL LESTYK | ) | |
| on behalf of themselves and | ) | |
| those similarly situated | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv598 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JAMES THOMAS, on behalf of himself | ) | |
| and those similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv597 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF MATTHEW J. ERAUSQUIN

I, Matthew J. Erausquin, an adult individual, depose upon my oath and declare the following to be true and correct:

EXHIBIT 3

I am a member in good standing of the Virginia State Bar. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

1. I am one of the attorneys working on behalf of the named Plaintiffs and the putative class members in the above styled litigation.

2. I have personal knowledge that our firm advanced the expenses set forth in Exhibit A to this Declaration on behalf of the named Plaintiffs and the putative class members while litigating this case in an aggregate amount of $51,653.74.

3. Each of the costs reflected in Exhibit A was incurred for goods and services that were necessary for the litigation of the case. The chart reflects a payment to Binary Star Development in the amount of $20,783.27. Binary Star Development is a consulting firm that specializes in mainframe database systems. It provided valuable expert assistance to Plaintiffs' counsel in its conduction of the site inspection at the Defendant's headquarters, as well as the provision of testimony to the Court by affidavit describing the capabilities of the Defendant's computer systems. The majority of the remainder of the amounts expended were paid to court reporters for copies of transcripts and video depositions conducted in this case, or to JAMS for mediation services provided in this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed in Alexandria, Virginia, on April 15, 2011.

_____
Matthew J. Erausquin

# Consumer Litigation Associates
## Unbilled Costs

| Source Name | Paid Amount |
|---|---:|
| Federal Express | 11.90 |
| Federal Express | 12.39 |
| The Marston Agency | 75.00 |
| The Marston Agency | 150.00 |
| The Marston Agency | 11.00 |
| United Air | 650.99 |
| Federal Express | 114.03 |
| United States District Court | 26.00 |
| Casale Reporting Service | 510.00 |
| United Air | 154.00 |
| United Air | 154.00 |
| Peter Henke | 57.70 |
| Federal Express | 4.64 |
| Postnet | 15.34 |
| Federal Express | 13.88 |
| Federal Express | 9.74 |
| Federal Express | 11.94 |
| Federal Express | 16.97 |
| Halasz Reporting | 622.20 |
| Federal Express | 8.96 |
| Federal Express | 16.03 |
| Federal Express | 8.81 |
| American Express / DATAMARK | 64.90 |
| Federal Express | 11.28 |
| Federal Express | 11.28 |
| Federal Express | 14.20 |
| Federal Express | 9.91 |
| Federal Express | 13.26 |
| Federal Express | 13.26 |
| Williamsburg Circuit Court | 13.00 |
| Federal Express | 11.41 |
| Federal Express | 13.57 |
| Federal Express | 11.41 |
| Federal Express | 17.37 |
| Federal Express | 13.57 |
| Federal Express | 8.42 |
| Kinko's | 19.50 |
| United States District Court | 26.00 |
| United States District Court | 26.00 |
| Capital Reporting Company | 690.80 |
| Federal Express | 15.27 |
| Free Conference | 70.97 |
| Kinko's | 3.80 |
| Dunn and Bradstreet | 59.99 |
| Capital Reporting Company | 577.50 |
| Federal Express | 13.74 |

# Consumer Litigation Associates
## Unbilled Costs

| Source Name | Paid Amount |
| --- | --- |
| Federal Express | 7.53 |
| Federal Express | 11.87 |
| Federal Express | 16.82 |
| Federal Express | 10.21 |
| Federal Express | 10.21 |
| Federal Express | 10.59 |
| Federal Express | 7.53 |
| Federal Express | 7.53 |
| Federal Express | 10.21 |
| Federal Express | 7.53 |
| Federal Express | 10.59 |
| Casale Reporting Service | 290.00 |
| National Processing Center, LLC | 60.00 |
| The Marston Agency | 75.00 |
| LoneStar Delivery | 109.00 |
| Federal Express | 14.76 |
| Federal Express | 35.86 |
| Federal Express | 7.16 |
| Federal Express | 15.10 |
| Federal Express | 12.52 |
| Federal Express | 19.70 |
| Houston Reporting Service | 395.56 |
| Casale Reporting Service | 1,538.80 |
| Paulson Reporting & Litigation Services | 2,366.30 |
| Houston Reporting Service | 749.72 |
| Federal Express | 9.44 |
| Anita B. Glover & Associates, Ltd. | 258.50 |
| Federal Express | 9.32 |
| Federal Express | 9.44 |
| Federal Express | 9.44 |
| Federal Express | 6.69 |
| The Marston Agency | 75.00 |
| Postnet | 26.35 |
| Federal Express | 6.69 |
| Federal Express | 12.39 |
| Federal Express | 6.79 |
| Federal Express | 12.83 |
| Kinko's | 67.52 |
| Federal Express | 7.53 |
| Federal Express | 6.66 |
| Sav-On Process Service | 85.00 |
| Federal Express | 6.62 |
| Federal Express | 12.09 |
| Federal Express | 9.69 |
| Federal Express | 14.05 |
| Postnet | 2.61 |
| Federal Express | 9.69 |

**Consumer Litigation Associates**
# Unbilled Costs

| Source Name | Paid Amount |
|---|---|
| Jeffrey B. Kull | 23.40 |
| Federal Express | 14.19 |
| Houston Reporting Service | 492.20 |
| PohlmanUSA Court Reporting | 141.00 |
| PohlmanUSA Court Reporting | 233.00 |
| PohlmanUSA Court Reporting | 313.50 |
| PohlmanUSA Court Reporting | 478.00 |
| PohlmanUSA Court Reporting | 508.50 |
| PohlmanUSA Court Reporting | 464.00 |
| PohlmanUSA Court Reporting | 305.88 |
| PohlmanUSA Court Reporting | 351.50 |
| PohlmanUSA Court Reporting | 607.75 |
| PohlmanUSA Court Reporting | 409.00 |
| Houston Reporting Service | 284.26 |
| Federal Express | 6.76 |
| Trial Solutions of Texas, LLC | 353.87 |
| Federal Express | 6.73 |
| Federal Express | 13.83 |
| Federal Express | 14.07 |
| Federal Express | 8.00 |
| Federal Express | 11.37 |
| Federal Express | 6.90 |
| The Marston Agency | 11.00 |
| United States District Court | 52.00 |
| Postnet | 96.33 |
| Postnet | 2.78 |
| Free Conference | 24.17 |
| Free Conference | 118.78 |
| Federal Express | 9.58 |
| Federal Express | 29.49 |
| Federal Express | 25.66 |
| Federal Express | 13.83 |
| Federal Express | 31.09 |
| United States District Court | 26.00 |
| Federal Express | 12.39 |
| Federal Express | 14.40 |
| Federal Express | 13.70 |
| Federal Express | 14.96 |
| Federal Express | 7.65 |
| Trial Solutions of Texas, LLC | 1,617.31 |
| Maxene Weinberg Agency | 465.50 |
| Maxene Weinberg Agency | 460.00 |
| Dunn and Bradstreet | 149.00 |
| Federal Express | 227.08 |
| Federal Express | 19.10 |
| Federal Express | 14.82 |
| Jeffrey B. Kull | 36.00 |

**Consumer Litigation Associates**
# Unbilled Costs

| Source Name | Paid Amount |
|---|---:|
| Federal Express | 12.52 |
| Federal Express | 18.14 |
| Postnet | 20.99 |
| Jeffrey B. Kull | 14.40 |
| Federal Express | 7.17 |
| Federal Express | 7.17 |
| Federal Express | 21.47 |
| Federal Express | 19.19 |
| Federal Express | 11.89 |
| Federal Express | 21.69 |
| Richmond Parking | 23.00 |
| Federal Express | 21.08 |
| Federal Express | 13.58 |
| Federal Express | 20.10 |
| Federal Express | 10.84 |
| Federal Express | 7.40 |
| Federal Express | 11.80 |
| Federal Express | 15.43 |
| Federal Express | 13.59 |
| Federal Express | 13.59 |
| Federal Express | 10.89 |
| Pro Hac App | 50.00 |
| Binary Star Development | 20,783.27 |
| Federal Express | 183.47 |
| JAMS | 4,765.14 |
| Williams Mullen | 2,454.00 |
| Casale Reporting Service | 2,751.90 |
| City of Richmond | 30.00 |
| United States District Court | 350.00 |
| Federal Express | 15.32 |
| The Marston Agency | 75.00 |
| Federal Express | 12.00 |
| Federal Express | 7.23 |
| United States District Court | 350.00 |
| Federal Express | 15.33 |
| The Marston Agency | 75.00 |
| Federal Express | 12.00 |
| Federal Express | 10.01 |
| Federal Express | 7.44 |
| **TOTAL** | **51,653.74** |