# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 4/26/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Pamela G. Cappetta v. GC Services Limited Partnership | CASE NO: 3:08 CV 288 <br> JUDGE: Spencer <br> COURT REPORTER: Kyll |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: Final Approval of Class Settlement

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Settlement Approved Order to enter

Counsel for Plaintiff(s): Leonard Bennett, Matthew Erausquin

Counsel for Defendant(s): John Robb "Jack"

SET: 9:30   BEGAN: 9:42   ENDED: 9:54   TIME IN COURT: 12

RECESSES: